B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## District of New Jersey

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**East Orange General Hospital, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**22-1487166** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**300 Central Avenue**<br>**East Orange, NJ**<br>ZIP Code **07018** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Essex** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ■ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ■ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ■ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ■ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

B1 (Official Form 1)(04/13)     Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**East Orange General Hospital, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**Essex Valley Healthcare, Inc.** | Case Number: | Date Filed: |
| District:<br>**New Jersey** | Relationship:<br>**Parent** | Judge: |

| **Exhibit A** | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>   Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **East Orange General Hospital, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X  /s/ Kenneth A. Rosen**
Signature of Attorney for Debtor(s)

**Kenneth A. Rosen**
Printed Name of Attorney for Debtor(s)

**Lowenstein Sandler LLP**
Firm Name

**65 Livingston Avenue**
**Roseland, NJ 07068**

_____
Address

**973-597-2500  Fax: 973-597-2400**
Telephone Number

**November 10, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Martin A. Bieber**
Signature of Authorized Individual

**Martin A. Bieber**
Printed Name of Authorized Individual

**Interim President and Chief Executive Officer**
Title of Authorized Individual

**November 10, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
**District of New Jersey**

In re  **East Orange General Hospital, Inc., *et al.*,**[1]  Case No.  **15-**
                                                Debtor(s)    Chapter  **11**

## CONSOLIDATED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the Debtors' creditors holding the 20 largest unsecured claims on a consolidated basis. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Cardinal Health Solutions, Inc. 1330 Enclave Parkway Houston, TX 77077 | Cardinal Health Solutions, Inc. Attn: Joseph Ray, Regional Director 1330 Enclave Parkway Houston, TX 77077 Phone: 724.384.4033 E-mail: joseph.ray@cardinalhealth.com | Trade debt | | $1,747,463.41 |
| Qualcare, Inc. 30 Knightsbridge Road, Piscataway, NJ 08854 | Qualcare, Inc. Attn: Philip Chiyuto 30 Knightsbridge Road Piscataway, NJ 08854 Phone: 732.981.7911 | Trade debt | | $1,529,251.00 |
| GE Healthcare Integrated IT Solutions 540 W. Northwest Highway Barrington, IL 60010 | GE Healthcare Integrated IT Solutions Attn: General Counsel/Legal Department 540 W. Northwest Highway Barrington, IL 60010 Fax: 877.295.8102 E-mail: cs-us@ge.com | Trade debt | | $925,894.56 |
| Center for Family Guidance, P.C. 765 E. Route 70, Building A-101 Marlton, NJ 08053 | Center for Family Guidance, P.C. Attn: Les Paschall, CEO 765 E. Route 70, Building A-101 Marlton, NJ 08053 Phone: 856.983.3900 Fax: 856.810.0169 | Trade debt | | $797,494.99 |
| Laboratory Corp. of America 531 South Spring Street Burlington, NC 27215 | Laboratory Corp of America Attn: Anne Macy and 2nd Floor Law Dept. 531 South Spring Street Burlington, NC 27215 Phone: 800.795.3699 Fax: 336.436.1569 | Trade debt | | $720,559.46 |
| MMS, Inc. 145 Huguenot Street, Suite 108 New Rochelle, NY 10801 | MMS, Inc Attn: Mort Friedman 145 Huguenot Street, Suite 108 New Rochelle, NY 10801 Phone: 914.819.1100 | Trade debt | | $282,355.13 |

---

[1] The Debtors and the last four digits of their Employer Identification Numbers are East Orange General Hospital, Inc. (7166) and Essex Valley Healthcare, Inc. (7667). The Debtors' principal place of business is located at 300 Central Avenue, East Orange, NJ 07018.

**B4 (Official Form 4) (12/07) - Cont.**

In re  **East Orange General Hospital, Inc., *et al.***     Case No. **15-**

                                Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Con Edison Solutions, Inc.<br>100 Summit Lake Drive<br>Suite 410<br>Valhalla, NY 10595-1373 | Con Edison Solutions, Inc.<br>Attn: Paul Malpelli, General Counsel and Peggy Berry<br>100 Summit Lake Drive, Suite 410<br>Valhalla, NY 10595-1373<br>Phone: 800.563.4191 x 3 | Trade debt | | $278,972.30 |
| B. Braun Medical, Inc.<br>824 Twelfth Avenue<br>Bethlehem, PA 18018 | B. Braun Medical, Inc.<br>Attn: Donna Moore<br>824 Twelfth Avenue<br>Bethlehem, PA 18018<br>Phone: 800-523-9676<br>Fax: 610.997.5530<br>E-mail: donna.moore@bbraun.com | Trade debt | | $164,655.30 |
| Medline Industries, Inc.<br>One Medline Place<br>Mundelein, IL 60060 | Medline Industries, Inc<br>Attn: Doug Goluas, Corporate Sales<br>One Medline Place<br>Mundelein, IL 60060<br>Phone: 847.949.5500<br>E-mail: service@medline.com | Trade debt | | $155,206.32 |
| Stryker Orthopedic<br>10 Clifton Blvd.<br>Clifton, NJ 07011 | Stryker Orthopedic<br>Attn: Todd Schwanewede<br>10 Clifton Blvd.<br>Clifton, NJ 07011<br>Phone: 201.370.8116 | Trade debt | | $147,197.75 |
| US Foodservice<br>1051 Amboy Avenue<br>Perth Amboy, NJ 08861 | US Foodservice<br>Attn: Wendy Kutner<br>1051 Amboy Avenue<br>Perth Amboy, NJ 08861<br>Phone: 908.319.5497 | Trade debt | | $146,167.93 |
| Eproz Limited<br>3300 Bloor Street West<br>Center Tower, 11th Floor,<br>Suite 3140<br>Toronto, ON, M8X 2X3 | Eproz Limited<br>Attn: Lincoln Soma, President<br>3300 Bloor Street West<br>Center Tower, 11th Floor, Suite 3140<br>Toronto, ON, M8X 2X3<br>Phone: 416.207.2071 | Trade debt | | $136,480.00 |
| Brach Eichler, LLC<br>101 Eisenhower Parkway<br>Roseland, New Jersey 07068 | Brach Eichler, LLC<br>Attn: John D. Fanburg<br>101 Eisenhower Parkway<br>Roseland, New Jersey 07068<br>Phone: 973.403.3107 | Trade debt | | $112,189.64 |
| Menco Business Products, Inc.<br>170 Route 206 South<br>Hillsborough, NJ 08844 | Menco Business Products, Inc<br>Attn: Rich Lattanzi<br>170 Route 206 South<br>Hillsborough, NJ 08844<br>Phone: 908.281.0911 | Trade debt | | $109,988.72 |

B4 (Official Form 4) (12/07) - Cont.

In re **East Orange General Hospital, Inc., *et al.***     Case No. **15-**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Xerox Corporation<br>10 Woodbridge Center Drive<br>Woodbridge, NJ 07095 | Xerox Corporation<br>Attn: Shari Austin<br>10 Woodbridge Center Drive<br>Woodbridge, NJ 07095<br>Phone:732.750.7660<br>E-mail: shari.austin@xerox.com | Trade debt | | $109,716.10 |
| Carefusion Solutions<br>25082 Network Place<br>Chicago, IL 60673-1250 | Carefusion Solutions<br>Attn: Napoleon Ramos<br>25082 Network Place<br>Chicago, IL 60673-1250<br>Phone: 858.617.1105 | Trade debt | | $104,215.00 |
| NJ Hospital Association<br>760 Alexander Road<br>Princeton, NJ 07101 | NJ Hospital Association<br>Attn: General Counsel/Legal Department<br>760 Alexander Road<br>Princeton, NJ 07101<br>Phone: 609.275.4000 | Trade debt | | $103,720.05 |
| Liberty Billing & Consulting Services, Inc.<br>1320 Route 23 North<br>Wayne, NJ 07470 | Liberty Billing & Consulting Services, Inc<br>Attn: Steve Taylor<br>1320 Route 23 North<br>Wayne, NJ 07470<br>Phone: 973.872.1497<br>Fax: 973.872.1795 | Trade debt | | $97,190.84 |
| PSE&G<br>Collections<br>20 Commerce Drive, 4th Floor<br>Cranford, NJ 07016 | PSE&G<br>Attn: Thomas Webb, I&C Special Collections<br>20 Commerce Drive, 4th Floor<br>Cranford, NJ 07016<br>Phone: 908.931.3466 | Trade debt | | $94,844.46 |
| CliftonLarsonAllen LLP<br>610 Germantown Pike, Suite 400<br>Plymouth Meeting, PA 19462 | CliftonLarsonAllen LLP<br>Attn: James Watson, CPA<br>610 Germantown Pike, Suite 400<br>Plymouth Meeting, PA 19462<br>Phone: 267.419.1633<br>E-mail: james.watson@claconnect.com | Trade debt | | $93,278.25 |

**B4 (Official Form 4) (12/07) - Cont.**

In re **East Orange General Hospital, Inc., *et al*.** Case No. **15-**

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the Interim President and Chief Executive Officer of the corporations named as the Debtors in these chapter 11 cases, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my knowledge and belief.

Date **November 10, 2015**  Signature  /s/ *Martin A. Bieber*

**Martin A. Bieber**
**Interim President and Chief Executive Officer**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# EAST ORANGE GENERAL HOSPITAL, INC.

Secretary's Certificate

The undersigned, being the Secretary of East Orange General Hospital, Inc., a New Jersey not for profit corporation (the "Company"), does hereby certify as follows:

>Attached hereto as Annex A is a true, correct and complete copy of the resolutions duly adopted by the Board of Trustees of the Company on November 10, 2015 (the "Resolutions"), and such Resolutions have not been modified or rescinded and are in full force and effect.

IN WITNESS WHEREOF, the undersigned has executed and caused this certificate to be delivered as of November 10, 2015.

>EAST ORANGE GENERAL HOSPITAL, INC.
>By: */s/ George Johnson, M.D.*
>Name: George Johnson, M.D.
>Title: Secretary

**ANNEX A**

**ACTION BY WRITTEN CONSENT
OF THE
BOARD OF TRUSTEES**

**Dated: November 10, 2015**

**WHEREAS**, the members of the Board of Trustees (the "Board of Trustees") of East Orange General Hospital, Inc. ("EOGH"), a New Jersey not for profit corporation (the "Company"), hereby consent to the following actions and adopt the following resolutions set forth as the action of the Board of Trustees of the Company:

**WHEREAS**, EOGH is a business entity that provides certain healthcare services;

**WHEREAS**, the Board of Trustees has reviewed and considered the assets, liabilities and liquidity of the Company, the strategic alternatives available to the Company, the value of the Company and its affiliates, and the impact of the foregoing on the Company's business;

**WHEREAS**, the Board of Trustees has had the opportunity to consult with the management and the financial and legal advisors to the Company and fully consider each of the strategic alternatives available to the Company; and

**WHEREAS**, the Board of Trustees deems it advisable and in the best interest of the Company and its creditors, interest holders, and other parties in interest, to consent to and adopt, in the name and on behalf of the Company, the resolutions set forth below.

**NOW, THEREFORE, BE IT:**

**RESOLVED**, that the Chief Executive Officer acting alone or with one or more other officers of the Company (individually, each an "Authorized Officer" and collectively, the "Authorized Officers"), are hereby authorized and empowered, in the name and on behalf of the Company, with the assistance of the Company's counsel, accountants and advisers, to (i) prepare, execute and file with the appropriate court a petition under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") commencing a chapter 11 case (the "Chapter 11 Case") and (ii) take such other and further actions and steps as the Authorized Officers may deem necessary, appropriate or advisable to obtain for the Company any and all relief to which they are or may be entitled under chapter 11 of the Bankruptcy Code; and be it further

**RESOLVED**, that the Authorized Officers are, and any one of them acting alone is, hereby authorized to execute and file on behalf of the Company all petitions, schedules, lists, and other motions, papers, or documents, and to take any and all actions that they deem necessary or proper to obtain relief under the Bankruptcy Code, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business; and be it further

**RESOLVED**, that the Authorized Officers are, and any one of them acting alone is, hereby authorized and directed to retain and employ, in the name and on behalf of the Company, the law firm of Lowenstein Sandler LLP as legal counsel to the Company in connection with its existing financial arrangements and capitalization, to represent and assist the Company in carrying out its duties under the Bankruptcy Code and to take any and all actions to advance the Company's rights, including, but not limited to, filing any pleadings, representing the Company in obtaining financing and representing the Company in connection with an asset sale pursuant to Section 363 of the Bankruptcy Code or otherwise; and in connection therewith, the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Lowenstein Sandler LLP; and be it further

**RESOLVED**, that the Authorized Officers are, and any one of them acting alone is, hereby authorized and directed to employ, in the name and on behalf of the Company, PricewaterhouseCoopers LLP ("PwC") as financial advisor to the Company in connection with its existing financial arrangements and capitalization, to represent and assist the Company in carrying out its duties under the Bankruptcy Code and to take any and all actions to advance the Company's rights; and in connection therewith, the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of PwC; and be it further

**RESOLVED**, that the Authorized Officers are, and any one of them acting alone is, hereby authorized and directed to retain and employ, in the name and on behalf of the Company, the law firm of McCarter & English, LLP as special transactional counsel to the Company in connection with its existing financial arrangements and capitalization, to represent and assist the Company and its bankruptcy counsel, Lowenstein Sandler LLP, in connection with a potential sale of the Company's assets pursuant to Section 363 of the Bankruptcy Code or otherwise; and in connection therewith, the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of McCarter & English, LLP; and be it further

**RESOLVED**, that the Authorized Officers are, and any one of them acting alone is, hereby authorized and directed to employ, in the name and on behalf of the Company, Prime Clerk LLC as claims, noticing and balloting agent to the Company in connection with its existing financial arrangements and capitalization, to represent and assist the Company in carrying out its duties under the Bankruptcy Code and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of Prime Clerk LLC; and be it further

**RESOLVED**, that the Authorized Officers are, and any one of them acting alone is, hereby authorized and empowered to employ, in the name and on behalf of the Company, any other professionals to assist the Company in connection with its existing financial arrangements

and capitalization, including to represent and assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary; and be it further

**RESOLVED**, that in connection with the Chapter 11 Case, the Authorized Officers are, and any one of them acting alone is, hereby authorized and empowered, in the name and on behalf of the Company, to obtain the use of cash collateral and to continue the process of obtaining debtor in possession financing, including the granting of liens on or security interests in the Company's assets (including but not limited to real property assets) as may be contemplated by or required under the terms of such debtor in possession financing; and in connection therewith, each Authorized Officer, with power of delegation, is hereby authorized and directed to execute such cash collateral agreements and any related ancillary documents or agreements, in each case, as in each Authorized Officer's judgment is reasonable, expedient, convenient, necessary or proper in connection with the foregoing, the execution thereof by such Authorized Officer to be conclusive evidence of such determination; and be it further

**RESOLVED**, that in connection with the Chapter 11 Case, that the Authorized Officers are, and any one of them acting alone is, hereby authorized and empowered to enter into, in the name and on behalf of the Company, agreements establishing procedures seeking to accomplish the sale of all or part of the Company's assets under Section 363 of the Bankruptcy Code or any other equity or asset sale, subject to the approval of such procedures by the bankruptcy court in the Chapter 11 Case (the "Sale Procedures"), on such terms and conditions as are deemed necessary or advisable by any Authorized Officer executing the same, the execution thereof by such Authorized Officer to be conclusive evidence of such approval and determination; and be it further

**RESOLVED**, that the Authorized Officers are, and any one of them acting alone is, hereby authorized and empowered to execute, deliver and perform any agreement, document or any amendment to the foregoing, in the name and on behalf of the Company, in connection with the Sale Procedures and the documents related thereto, all on such terms as the Authorized Officers deem necessary or advisable in order to carry out the purpose and intent of the foregoing resolutions; and be it further

**RESOLVED**, that the Authorized Officers are, and any one of them acting alone is, hereby authorized, empowered and directed, in the name and on behalf of the Company, to take such additional actions, to perform all acts and deed, and to execute, ratify, certify, deliver, file and record such additional agreements, notices, certificates, instruments, applications, payments, letters and documents as any of them may deem necessary or appropriate to implement the provisions of the foregoing resolutions, and to appoint such agents on behalf of the Company as such Authorized Offices, and any of them, may deem necessary or appropriate in connection with any cash collateral use or the Sale Procedures, and the transactions contemplated by any of the foregoing, the taking of such action to be conclusive evidence thereof, and be it further

**RESOLVED**, that the authorized Officers are authorized, directed, and empowered to perform or cause the performance of the obligations of the Company under Chapter 11, and to take all actions as in his, her, or its judgment as are reasonable, expedient, convenient, necessary or proper in connection with the foregoing, the taking of such action by such authorized Officer to be conclusive evidence of such determination; and be it further

**RESOLVED**, that any and all past actions heretofore taken by any Authorized Officer in the name and on behalf of a Company in furtherance of any or all of the foregoing resolutions be, and the same hereby are, ratified, confirmed and approved in all respects; and be it further

**RESOLVED**, that this written consent may be executed (a) in any number of counterparts, each of which shall be an original, but all of which together shall constitute one and the same written consent, notwithstanding that the undersigned are not signatories to the original or to the same counterpart and (b) via (i) facsimile transmission or (ii) other electronic transmission which provides an accurate copy of this written consent (collectively, the "<u>Electronic Copy</u>"), which such Electronic Copy shall be deemed an original.

# United States Bankruptcy Court
### District of New Jersey

In re  **East Orange General Hospital, Inc.**, 

Debtor

Case No. _____

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Essex Valley Healthcare, Inc.**<br>**300 Central Avenue**<br>**East Orange, NJ 07018** | | **100%** | **Equity** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Interim President and Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **November 10, 2015**          Signature  **/s/ Martin A. Bieber**

**Martin A. Bieber**
**Interim President and Chief Executive Officer**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

**0**   continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
**District of New Jersey**

In re **East Orange General Hospital, Inc.**                                              Case No.
                              Debtor(s)                                                   Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **East Orange General Hospital, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Essex Valley Healthcare, Inc.**
**300 Central Avenue**
**East Orange, NJ 07018**

☐ None [*Check if applicable*]

| | |
|---|---|
| **November 10, 2015** | **/s/ Kenneth A. Rosen** |
| Date | **Kenneth A. Rosen** |
| | Signature of Attorney or Litigant |
| | Counsel for   **East Orange General Hospital, Inc.** |
| | **Lowenstein Sandler LLP** |
| | **65 Livingston Avenue** |
| | **Roseland, NJ 07068** |
| | **973-597-2500 Fax:973-597-2400** |