**EXHIBIT 1**

**East Orange General Hospital Inc.**
*13 Week Cash Flow - DRAFT - all projections are preliminary and subject to change*

*$ thousands*

| | Week 1 Forecast | Week 2 Forecast | Week 3 Forecast | Week 4 Forecast | Week 5 Forecast | Week 6 Forecast | Week 7 Forecast | Week 8 Forecast | Week 9 Forecast | Week 10 Forecast | Week 11 Forecast | Week 12 Forecast | Week 13 Forecast |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **POST PETITION** | | | | | | | | | | | | | |
| Week Beginning | 11-Nov | 15-Nov | 22-Nov | 29-Nov | 6-Dec | 13-Dec | 20-Dec | 27-Dec | 3-Jan | 10-Jan | 17-Jan | 24-Jan | 31-Jan |
| Week Ending | 14-Nov | 21-Nov | 28-Nov | 5-Dec | 12-Dec | 19-Dec | 26-Dec | 2-Jan | 9-Jan | 16-Jan | 23-Jan | 30-Jan | 6-Feb |
| **Receipts** | | | | | | | | | | | | | |
| *Patient Receipts* | | | | | | | | | | | | | |
| Medicare - PIP | $ - | $ - | 898 | $ - | 898 | $ - | 898 | $ - | 898 | $ - | 898 | $ - | 898 |
| Medicare - Other - OP | - | 103 | 103 | 103 | 103 | 103 | 103 | 103 | 103 | 103 | 103 | 103 | 103 |
| Medicaid - IP | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 |
| Medicaid - OP | 73 | 73 | 73 | 73 | 73 | 73 | 73 | 73 | 73 | 73 | 73 | 73 | 73 |
| Other Patient | 265 | 550 | 550 | 550 | 550 | 550 | 550 | 550 | 550 | 550 | 550 | 550 | 550 |
| Total Patient Receipts | $ 458 | $ 846 | $ 1,744 | $ 846 | $ 1,744 | $ 846 | $ 1,744 | $ 846 | $ 1,744 | $ 846 | $ 1,744 | $ 846 | $ 1,744 |
| *Other Receipts* | | | | | | | | | | | | | |
| Charity Care Subsidy | $ - | $ 643 | $ - | $ - | $ - | $ - | $ 1,286 | $ - | $ - | $ - | $ - | $ - | $ - |
| DSRIP - formerly - Hospital Relief Subsidy | - | - | 95 | - | - | - | - | 95 | - | - | - | 95 | - |
| Mental Health Subsidy | - | 95 | - | - | - | - | 95 | - | - | - | 95 | - | - |
| Other | - | 31 | 40 | 280 | 40 | 40 | 40 | 40 | 280 | 40 | 40 | 40 | 40 | 280 |
| Total Other Receipts | $ 31 | $ 778 | $ 375 | $ 40 | $ 40 | $ 40 | $ 1,421 | $ 375 | $ 40 | $ 40 | $ 135 | $ 135 | $ 280 |
| Total Receipts | $ 489 | $ 1,624 | $ 2,119 | $ 886 | $ 1,784 | $ 886 | $ 3,165 | $ 1,221 | $ 1,784 | $ 886 | $ 1,879 | $ 981 | $ 2,024 |
| **Operating Disbursements** | | | | | | | | | | | | | |
| Base Payroll & Payroll Tax | $ (14) | $ (1,525) | $ (150) | $ (1,525) | $ (150) | $ (1,525) | $ (150) | $ (1,525) | $ (150) | $ (1,525) | $ (150) | $ (1,525) | $ (150) |
| Base Payroll Increase - 3% | - | (51) | - | (51) | - | (51) | - | (51) | - | (51) | - | (51) | - |
| Other Payroll Related Disbursements | - | (300) | - | - | - | - | - | - | - | - | - | - | (300) |
| Total Payroll | $ (14) | $ (1,876) | $ (150) | $ (1,576) | $ (150) | $ (1,576) | $ (150) | $ (1,576) | $ (150) | $ (1,576) | $ (150) | $ (1,576) | $ (450) |
| Physicians | (168) | (168) | (168) | (168) | (168) | (168) | (168) | (168) | (168) | (168) | (168) | (168) | (168) |
| Insurance | (140) | (156) | (140) | (79) | (140) | (156) | (140) | (79) | (140) | (140) | (140) | (610) | (140) |
| Medical Supplies/Food/Drugs | (269) | (269) | (269) | (269) | (269) | (269) | (269) | (269) | (269) | (269) | (269) | (269) | (269) |
| Utilities | - | - | - | (150) | - | - | - | (200) | - | - | - | (200) | - |
| Leases | - | - | - | - | - | - | (48) | - | - | - | (80) | - | - |
| Other Operating Disbursements | (180) | (234) | (180) | (180) | (180) | (180) | (180) | (180) | (180) | (180) | (180) | (180) | (234) |
| Third Party Paybacks | (18) | (76) | (76) | (76) | (76) | (76) | (76) | (76) | (76) | (76) | (76) | (76) | (76) |
| Total Operating Disbursements | $ (789) | $ (2,779) | $ (983) | $ (2,498) | $ (983) | $ (2,425) | $ (1,030) | $ (2,548) | $ (983) | $ (2,409) | $ (1,063) | $ (3,079) | $ (1,337) |
| **Non-Operating Disbursements** | | | | | | | | | | | | | |
| Chapter 11 Professional Fees | (169) | (169) | (169) | (169) | (169) | (169) | (169) | (169) | (169) | (169) | (169) | (169) | (169) |
| Ordinary Course Professionals | - | - | - | (117) | - | - | - | (117) | - | - | - | - | (117) |
| Critical Vendor Payments | - | - | (150) | - | - | - | (150) | - | - | - | - | - | - |
| Utility Deposit | (100) | - | - | - | - | - | - | - | - | - | - | - | - |
| Capital Expenditures | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Adequate Protection Payments | - | - | (18) | (18) | - | - | (18) | (18) | - | - | - | (18) | (18) |
| DIP Facility Fees & Interest | - | - | - | - | - | - | - | - | - | (14) | - | (25) | (10) |
| Total Non-Operating Disbursements | $ (269) | $ (169) | $ (337) | $ (303) | $ (169) | $ (169) | $ (337) | $ (303) | $ (169) | $ (184) | $ (169) | $ (212) | $ (314) |
| **Net Cash Flows** | $ (569) | $ (1,324) | $ 799 | $ (1,915) | $ 632 | $ (1,708) | $ 1,798 | $ (1,630) | $ 632 | $ (1,707) | $ 647 | $ (2,310) | $ 374 |
| **Beginning Cash Balance** | $ 3,962 | $ 3,893 | $ 2,569 | $ 3,368 | $ 1,453 | $ 2,085 | $ 377 | $ 2,174 | $ 544 | $ 1,176 | $ 100 | $ 747 | $ 100 |
| Plus: Outstanding Checks (est.) | 500 | - | - | - | - | - | - | - | - | - | - | - | - |
| Change in Cash | (569) | (1,324) | 799 | (1,915) | 632 | (1,708) | 1,798 | (1,630) | 632 | (1,707) | 647 | (2,310) | 374 |
| **Ending Cash Balance, Bank** | $ 3,893 | $ 2,569 | $ 3,368 | $ 1,453 | $ 2,085 | $ 377 | $ 2,174 | $ 544 | $ 1,176 | $ (531) | $ 747 | $ (1,563) | $ 474 |
| Plus: DIP Loan Proceeds | - | - | - | - | - | - | - | - | - | 631 | - | 1,663 | - |
| **Ending Cash Balance, Bank Adjusted** | $ 3,893 | $ 2,569 | $ 3,368 | $ 1,453 | $ 2,085 | $ 377 | $ 2,174 | $ 544 | $ 1,176 | $ 100 | $ 747 | $ 100 | $ 474 |
| **Cumulative DIP Loan Balance** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 631 | $ 631 | $ 2,293 | $ 2,293 |
| DIP Loan Commitment | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 |
| **Excess DIP Loan Availability** | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 2,369 | $ 2,369 | $ 707 | $ 707 |