**CHIESA SHAHINIAN & GIANTOMASI PC**
Scott A. Zuber (SZ9728)
One Boland Drive
West Orange, NJ  07052
Tele:  (973) 325-1500
Fax:  (973)-530-2246
*Attorneys for Cardinal Health 110, LLC; Cardinal Health 200, LLC; and Cardinal Health Pharmacy Services, LLC, subsidiaries and affiliates of Cardinal Health, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>EAST ORANGE GENERAL HOSPITAL, INC., *et al.,* [1]<br><br>Debtors. | CHAPTER 11<br><br>CASE NO. 15-31232-VFP<br><br>HON. VINCENT F. PAPALIA, U.S.B.J.<br><br>JOINT  ADMINISTRATION REQUESTED |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Cardinal Health 110, LLC; Cardinal Health 200, LLC; and Cardinal Health Pharmacy Services, LLC, subsidiaries and affiliates of Cardinal Health, Inc., an Ohio Corporation (collectively, "Cardinal Health"), appear herein through their undersigned attorneys pursuant to 11 U.S.C. § 1109(b) and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and requests that all notices (including those required by Bankruptcy Rule 2002) in this case or any related

---

[1] The Debtors and the last four digits of their Employer Identification Number are East Orange General Hospital, Inc. (7166) and Essex Valley Healthcare, Inc. (7667).  The Debtors' principal place of business is located at 300 Central Avenue, East Orange, NJ 07018.

5600078.1

adversary proceeding be mailed to the undersigned, unless otherwise directed by the Court, at the address set forth below.

PLEASE TAKE FURTHER NOTICE that request is hereby also made for services of copies of all papers, including but not limited to reports, pleadings, motions, applications or petitions, schedules, plans, disclosure statements, and answering or reply papers filed in the above-captioned case or any related adversary proceeding by mailing one copy of each, unless otherwise directed by the Court, to the following:

Scott A. Zuber, Esq.<br>
Chiesa Shahinian & Giantomasi PC<br>
One Boland Drive<br>
West Orange, New Jersey  07052<br>
Tele:  973-530-2046<br>
Facsimile:  973-530-2246<br>
szuber@csglaw.com

PLEASE TAKE FURTHER NOTICE that Cardinal Health does not intend this Notice of Appearance and Request for Notices and Service of Papers, nor any subsequent appearance, pleading, claim, or suit, to waive any rights to which it may be entitled including, but not limited to: (i) its right to have final orders in noncore matters entered only after *de novo* review by a District Judge; (ii) its right to trial by jury in any proceeding related to this case, or any right to arbitration; (iii) its right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any rights, claims, actions, defenses, setoffs, or recoupments to which it may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments it expressly reserves.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Notices and Service of Papers does not constitute an agreement to accept service of

initial process under Fed. R. Civ. P. 4 or Fed. R. Bankr. P. 7004, nor shall it result in undersigned counsel being deemed to be the agent of Cardinal Health for such purpose.

        **CHIESA SHAHINIAN & GIANTOMASI PC**
        Attorneys for Cardinal Health 110, LLC; Cardinal Health 200, LLC; and Cardinal Health Pharmacy Services, LLC

        By:   /s/ *Scott A. Zuber*
Dated: November 11, 2015         Scott A. Zuber

# **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served via the Court's CM/ECF system on this the 11th day of November, 2015.

        CHIESA SHAHINIAN & GIANTOMASI PC

        By:  /s/ *Scott A. Zuber*
           Scott A. Zuber

Dated: 11/11/15

5600078.1