Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
MLK Jr Federal Building  
50 Walnut Street  
Newark, NJ 07102

Case No.: 15−31232−VFP  
Chapter: 11  
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

East Orange General Hospital, Inc.   East Orange General Hospital, Inc.  
300 Central Avenue                   300 Central Avenue  
East Orange, NJ 07018                East Orange, NJ 07018

Social Security No.:

Employer's Tax I.D. No.:  
22−1487166                           22−1487166

PLEASE TAKE NOTICE that a hearing will be held at


on at

to consider and act upon the following:

*2* − Motion for Joint Administration for the following cases: 15−31232; 15−31233 Filed by Kenneth A. Rosen on behalf of East Orange General Hospital, Inc.. (Attachments: # 1 Motion # 2 Proposed Order) (Rosen, Kenneth)

*3* − Application for Designation as a Complex Chapter 11 Case Filed by Kenneth A. Rosen on behalf of East Orange General Hospital, Inc.. (Attachments: # 1 Application # 2 Proposed Order) (Rosen, Kenneth)

*4* − Motion to Extend Time to File Missing Schedules (related document:1 Voluntary Petition (Chapter 11) filed by Debtor East Orange General Hospital, Inc., Joint Debtor East Orange General Hospital, Inc.) Filed by Kenneth A. Rosen on behalf of East Orange General Hospital, Inc.. Objection deadline is 11/17/2015. (Attachments: # 1 Motion # 2 Proposed Order) (Rosen, Kenneth)

*5* − Motion to Extend Time For Other Reason re:(I) to File Their List of Creditors and (II) Authorizing the Debtors and/or Their Agent to (A) Prepare a Consolidated List of Creditors in Lieu of a Mailing List, (B) File a Consolidated List of The Debtors Twenty Largest Unsecured Creditors, and (C) Mail Initial Notices Filed by Kenneth A. Rosen on behalf of East Orange General Hospital, Inc.. (Attachments: # 1 Motion # 2 Proposed Order) (Rosen, Kenneth)

*6* − Motion for an Order Authorizing Debtor to Retain a Claims and Noticing Agent Filed by Kenneth A. Rosen on behalf of East Orange General Hospital, Inc.. (Attachments: # 1 Application # 2 Declaration # 3 Proposed Order) (Rosen, Kenneth)

*7* − Motion re: for an Order (I) Authorizing the Debtors to Continue and Maintain Their Existing Cash Management System, Bank Accounts and Business Forms, (II) Modifying the Investment Guidelines, (III) Providing the United States Trustee With a 60−Day Objection Period and (IV) Granting Related Relief Filed by Kenneth A. Rosen on behalf of East Orange General Hospital, Inc.. (Attachments: # 1 Motion # 2 Proposed Order) (Rosen, Kenneth)

*8* − Motion re: for an Order Authorizing, But Not Directing, the Debtors to Pay Certain Pre−Petition Sales and Property Taxes and Hospital License, Permits and Related Fees, and Granting Related Relief Filed by Kenneth A. Rosen on behalf of East Orange General Hospital, Inc.. (Attachments: # 1 Motion # 2 Proposed Order) (Rosen, Kenneth)

*9* – Motion re: for an Order Authorizing the Debtors to (I) Pay Pre–Petition Insurance Premiums (II) Continue Pre–Petition Insurance Policies and Programs and (III) Perform All Pre–Petition Obligations in Respect Thereof Filed by Kenneth A. Rosen on behalf of East Orange General Hospital, Inc.. (Attachments: # 1 Motion # 2 Proposed Order) (Rosen, Kenneth)

*10* – Motion re: for Entry of Interim and Final Orders (I) Prohibiting Utility Companies from Discontinuing, Altering or Refusing Service on Account of Pre–Petition Invoices, (II) Approving the Debtors Proposed Form of Adequate Assurance of Future Payment and (III) Establishing Procedures For Resolving Requests for Additional Adequate Assurance Filed by Kenneth A. Rosen on behalf of East Orange General Hospital, Inc.. (Attachments: # 1 Motion # 2 Exhibit A – Interim Order # 3 Exhibit B – Final Order) (Rosen, Kenneth)

*11* – Motion re: for an Order (I) Authorizing the Debtors to Pay Prepetition Wages, Salaries and Related Obligations and Taxes, (II) Authorizing and Directing All Banks to Honor Checks and Transfers for Payment of Prepetition Employee Obligations, (III) Authorizing the Debtors to Honor Workers Compensation and Employee Benefit Obligations, (IV) Authoring the Debtors to Pay Prepetition Debts to Physician Contractors, Nursing and Security Personnel Agencies, and (V) Granting Related Relief Filed by Kenneth A. Rosen on behalf of East Orange General Hospital, Inc.. (Attachments: # 1 Motion # 2 Proposed Order) (Rosen, Kenneth)

*12* – Motion to Use Cash Collateral Filed by Kenneth A. Rosen on behalf of East Orange General Hospital, Inc.. (Attachments: # 1 Motion # 2 Exhibit A – Proposed Interim Order # 3 Exhibit 1 to Interim Order – Cash Flow Budget) (Rosen, Kenneth)

*14* – Application for Expedited Consideration of First Day Matters (related document:1 Voluntary Petition (Chapter 11) filed by Debtor East Orange General Hospital, Inc., Joint Debtor East Orange General Hospital, Inc., 2 Motion for Joint Administration filed by Debtor East Orange General Hospital, Inc., Joint Debtor East Orange General Hospital, Inc., 3 Application for Designation as Complex Chapter 11 Case filed by Debtor East Orange General Hospital, Inc., Joint Debtor East Orange General Hospital, Inc., 4 Motion to Extend Time filed by Debtor East Orange General Hospital, Inc., Joint Debtor East Orange General Hospital, Inc., 5 Motion to Extend Time filed by Debtor East Orange General Hospital, Inc., Joint Debtor East Orange General Hospital, Inc., 6 Motion to Retain Claims and Noticing Agent filed by Debtor East Orange General Hospital, Inc., Joint Debtor East Orange General Hospital, Inc., 7 Motion (Generic) filed by Debtor East Orange General Hospital, Inc., Joint Debtor East Orange General Hospital, Inc., 8 Motion (Generic) filed by Debtor East Orange General Hospital, Inc., Joint Debtor East Orange General Hospital, Inc., 9 Motion (Generic) filed by Debtor East Orange General Hospital, Inc., Joint Debtor East Orange General Hospital, Inc., 10 Motion (Generic) filed by Debtor East Orange General Hospital, Inc., Joint Debtor East Orange General Hospital, Inc., 11 Motion (Generic) filed by Debtor East Orange General Hospital, Inc., Joint Debtor East Orange General Hospital, Inc., 12 Motion to Use Cash Collateral filed by Debtor East Orange General Hospital, Inc., Joint Debtor East Orange General Hospital, Inc., 13 Support filed by Debtor East Orange General Hospital, Inc., Joint Debtor East Orange General Hospital, Inc.) Filed by Kenneth A. Rosen on behalf of East Orange General Hospital, Inc.. (Attachments: # 1 Proposed Order) (Rosen, Kenneth)

Dated: 11/11/15

James J. Waldron
Clerk, U.S. Bankruptcy Court