**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>East Orange General Hospital, Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-31232 (VFP)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Steven Gordon, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On November 16, 2015, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served in the manners set forth on the Core/2002 Service List attached hereto as **Exhibit A**:

- Order Directing Joint Administration of the Debtors' Chapter 11 Cases [Docket No. 22]

- Order Granting Complex Chapter 11 Cases Treatment [Docket No. 23]

- Order Extending the Debtors' Time to File Their Schedules of Assets and Liabilities and Statements of Financial Affairs [Docket No. 24]

- Order Authorizing the Retention and Appointment of Prime Clerk LLC as Claims and Noticing Agent Effective as of the Petition Date [Docket No. 25]

- Order (I) Authorizing the Debtors to Continue and Maintain Their Existing Cash Management System, Bank Accounts and Business Forms, (II) Modifying the Investment Guidelines (III) Providing the United States Trustee with a 60-Day Objection Period and (IV) Granting Related Relief [Docket No. 26]

- Interim Order (A) Authorizing Postpetition Use of Cash Collateral, (B) Granting Adequate Protection to the Bank, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief [Docket No. 27]

- Interim Order (I) Prohibiting Utility Companies from Discontinuing, Altering or Refusing Service on Account of Pre-Petition Invoices, (II) Deeming Utility Companies to

---

[1] The Debtors and the last four digits of their Employer Identification Numbers are East Orange General Hospital, Inc. (7166) and Essex Valley Healthcare, Inc. (7667). The Debtors' principal place of business is located at 300 Central Avenue, East Orange, NJ 07018.

have Adequate Assurance of Future Payment, and (III) Establishing Procedures for Resolving Requests for Additional Adequate Assurance [Docket No. 28]

- Order Authorizing, but not Directing, the Debtors to Pay Certain Pre-Petition Sales and Property Taxes and Hospital License, Permits and Related Fees, and Granting Related Relief [Docket No. 29]

- Order Authorizing Debtors to (I) Pay All Pre-Petition Insurance Premiums (II) Continue Pre-Petition Insurance Policies and Programs and (III) Perform All Pre-Petition Obligations in Respect Thereof [Docket No. 30]

- Order (I) Authorizing the Debtors to Pay Prepetition Wages, Salaries and Related Obligations and Taxes, (II) Authorizing and Directing all Banks to Honor Checks and Transfers for Payment of Prepetition Employee Obligations, (III) Authorizing the Debtors to Honor Workers' Compensation and Employee Benefit Obligations, (IV) Authorizing the Debtors to Pay Prepetition Debts to Physician Contractors, Nursing and Security Personnel Agencies and Coding Service Providers, and (V) Granting Related Relief [Docket No. 31]

On November 16, 2015, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail on the Banks Service List attached hereto as **Exhibit B**:

- Order (I) Authorizing the Debtors to Continue and Maintain Their Existing Cash Management System, Bank Accounts and Business Forms, (II) Modifying the Investment Guidelines (III) Providing the United States Trustee with a 60-Day Objection Period and (IV) Granting Related Relief [Docket No. 26]

- Interim Order (A) Authorizing Postpetition Use of Cash Collateral, (B) Granting Adequate Protection to the Bank, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief [Docket No. 27]

- Interim Order (I) Prohibiting Utility Companies from Discontinuing, Altering or Refusing Service on Account of Pre-Petition Invoices, (II) Deeming Utility Companies to have Adequate Assurance of Future Payment, and (III) Establishing Procedures for Resolving Requests for Additional Adequate Assurance [Docket No. 28]

- Order Authorizing, but not Directing, the Debtors to Pay Certain Pre-Petition Sales and Property Taxes and Hospital License, Permits and Related Fees, and Granting Related Relief [Docket No. 29]

- Order Authorizing Debtors to (I) Pay All Pre-Petition Insurance Premiums (II) Continue Pre-Petition Insurance Policies and Programs and (III) Perform All Pre-Petition Obligations in Respect Thereof [Docket No. 30]

- Order (I) Authorizing the Debtors to Pay Prepetition Wages, Salaries and Related

Obligations and Taxes, (II) Authorizing and Directing all Banks to Honor Checks and Transfers for Payment of Prepetition Employee Obligations, (III) Authorizing the Debtors to Honor Workers' Compensation and Employee Benefit Obligations, (IV) Authorizing the Debtors to Pay Prepetition Debts to Physician Contractors, Nursing and Security Personnel Agencies and Coding Service Providers, and (V) Granting Related Relief [Docket No. 31]

On November 16, 2015, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Utility Service List attached hereto as **Exhibit C**:

- Interim Order (I) Prohibiting Utility Companies from Discontinuing, Altering or Refusing Service on Account of Pre-Petition Invoices, (II) Deeming Utility Companies to have Adequate Assurance of Future Payment, and (III) Establishing Procedures for Resolving Requests for Additional Adequate Assurance [Docket No. 28]

On November 16, 2015, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Insurance Service List attached hereto as **Exhibit D**:

- Order Authorizing Debtors to (I) Pay All Pre-Petition Insurance Premiums (II) Continue Pre-Petition Insurance Policies and Programs and (III) Perform All Pre-Petition Obligations in Respect Thereof [Docket No. 30]

On November 16, 2015, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Taxing Authority Service List attached hereto as **Exhibit E**:

- Order Authorizing, but not Directing, the Debtors to Pay Certain Pre-Petition Sales and Property Taxes and Hospital License, Permits and Related Fees, and Granting Related Relief [Docket No. 29]

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system, were sent the above referenced documents via electronic service.

Dated: November 19, 2015

*/s/ Steven Gordon*
Steven Gordon

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on November 19, 2015, by Steven Gordon, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

BENJAMIN JOSEPH STEELE
NOTARY PUBLIC-STATE OF NEW YORK
No. 02ST6290268
Qualified in New York County
My Commission Expires October 07, 2017

3

SRF 5143

**Exhibit A**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 20 Creditor | B. Braun Medical, Inc. | Attn: Donna Moore<br>824 Twelfth Avenue<br>Bethlehem PA 18018 | inquiry.us@bbraun.com | First Class Mail and Email |
| Counsel for PNC Bank, National Association | Blank Rome LLP | Attn: Heather Sonnenberg, Esq. and Regina Stango Kelbon, Esq.<br>One Logan Square<br>130 North 18th Street<br>Philadelphia PA 19103-6998 | | First Class Mail |
| Top 20 Creditor | Brach Eichler, LLC | Attn: John D. Fanburg<br>101 Eisenhower Parkway<br>Roseland NJ 7068 | jfanburg@bracheichler.com | First Class Mail and Email |
| Top 20 Creditor | Cardinal Health Solutions, Inc. | Attn: Joseph Ray, Regional Director<br>1330 Enclave Parkway<br>Houston TX 77077 | bod@cardinalhealth.com | First Class Mail and Email |
| Top 20 Creditor | Carefusion Solutions | Attn: Napoleon Ramos<br>25082 Network Place<br>Chicago IL 60673-1250 | | First Class Mail |
| Top 20 Creditor | Center for Family Guidance, P.C. | Attn: Les Paschall, CEO<br>765 E. Route 70, Building A-101<br>Marlton NJ 8053 | jmiles@cfgpc.com<br>jfriedman@cfgpc.com<br>dlombardi@cfgpc.com | First Class Mail and Email |
| Counsel to Cardinal Health 110, LLC; Cardinal Health 200, LLC; and Cardinal Health Pharmacy Services, LLC | Chiesa Shahinian & Giantomasi PC | Attn: Scott A. Zuber, Esq.<br>One Boland Drive<br>West Orange NJ 07052 | szuber@csglaw.com | First Class Mail and Email |
| Top 20 Creditor | Clifton Larson Allen LLP | Attn: James Watson, CPA<br>610 Germantown Pike<br>Suite 400<br>Plymouth Meeting PA 19462 | bbraunewell@larsonallen.com | First Class Mail and Email |
| Top 20 Creditor | Con Edison Solutions, Inc. | Attn: Paul Malpelli, General Counsel and Peggy Berry<br>100 Summit Lake Drive Suite 410<br>Valhalla NY 10595-1373 | webinfo@conedsolutions.com | First Class Mail and Email |
| Debtor | East Orange General Hospital, Inc. | Attn: Martin A. Bieber<br>300 Central Ave<br>East Orange NJ 7018 | BieberM@EVH.ORG | Email |
| Top 20 Creditor | Eproz Limited | Attn: Lincoln Soma, President<br>3300 Bloor Street West<br>Center Tower, 11th Floor, Suite 3140<br>Toronto ON M8X 2X3 Canada | | First Class Mail |
| Top 20 Creditor | GE Healthcare Integrated IT Solutions | Attn: General Counsel/Legal Department<br>540 W. Northwest Highway<br>Barrington IL 60010 | InterfaceCommitment@ge.com | First Class Mail and Email |
| United States Bankruptcy Judge | Honorable Judge Papalia | United States Bankruptcy Court<br>Martin Luther King, Jr. Federal Building<br>50 Walnut Street, Courtroom 3B<br>Newark NJ 7102 | | First Class Mail |
| Internal Revenue Service | Internal Revenue Service | 2970 Market Street<br>Mail Stop 5-Q30.133<br>Philadelphia PA 19104-5016 | | First Class Mail |
| Top 20 Creditor | Laboratory Corp of America | Attn: Anne Macy and 2nd Floor Law Dept.<br>531 South Spring Street<br>Burlington NC 27215 | media@labcorp.com | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 20 Creditor | Liberty Billing & Consulting Services, Inc | Attn: Steve Taylor<br>1320 Route 23 North<br>Wayne NJ 7470 | e.tabor@libertybilling.com | First Class Mail and Email |
| Counsel to the Debtor | Lowenstein Sandler LLP | Gerald C. Bender, Esq.<br>1251 Avenue of the Americas<br>New York NY 10020 | gbender@lowenstein.com | Email |
| Counsel to the Debtor | Lownestein Sandler LLP | Kenneth A. Rosen, Esq. Michael Savetsky, Esq.<br>65 Livingston Avenue<br>Roseland NJ 7068 | krosen@lowenstein.com<br>msavetsky@lowenstein.com<br>ADeLeo@lowenstein.com<br>BBazian@lowenstein.com<br>DClaussen@lowenstein.com | Email |
| Top 20 Creditor | Medline Industries, Inc | Attn: Doug Goluas, Corporate Sales<br>One Medline Place<br>Mundelein IL 60060 | service@medline.com | First Class Mail and Email |
| Top 20 Creditor | Menco Business Products, Inc | Attn: Rich Lattanzi<br>170 Route 206 South<br>Hillsborough NJ 884 | dwright@mencotech.com | First Class Mail and Email |
| Top 20 Creditor | MMS, Inc | Attn: Mort Friedman<br>145 Huguenot Street, Suite 108<br>New Rochelle NY 10801 | | First Class Mail |
| New Jersey Department of Health | New Jersey Department of Health | Attn: Mr. William Conroy, Deputy Commissioner<br>Health Systems<br>369 S. Warren St.<br>Trenton NJ 8608 | | First Class Mail |
| New Jersey Division of Taxation | New Jersey Division of Taxation | Compliance and Enforcement<br>Bankruptcy Unit<br>50 Barrack Street - 9th Floor<br>Trenton NJ 8695 | | First Class Mail |
| New Jersey Health Care Facilities Financing Authority | New Jersey Health Care Facilities Financing Authority | Attn: Mr. Mark E. Hopkins, Executive Director<br>Station Plaza Building #4<br>22 S. Clinton Ave.<br>Newark NJ 7102 | | First Class Mail |
| Top 20 Creditor | NJ Hospital Association | Attn: General Counsel/Legal Department<br>760 Alexander Road<br>Princeton NJ 7101 | njhc@njha.com | First Class Mail and Email |
| New Jersey Attorney General | Office of the Attorney General | State of New Jersey, Division of Law<br>Richard J. Hughes Justice Complex<br>25 Market Street<br>Trenton NJ 8625 | | First Class Mail |
| United States Attorney | Office of the United States Attorney | Peter Rodino Federal Building<br>970 Broad Street<br>Suite 700<br>Newark NJ 7102 | | First Class Mail |
| United States Trustee | Office of the United States Trustee For the District of New Jersey | Attn: Mitchell B. Hausman, Esq.<br>One Newark Center<br>1085 Raymond Boulevard, Suite 2100<br>Newark NJ 7102 | | First Class Mail |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Claims Agent | Prime Clerk LLC | Attn: Benjamin Steele<br>830 3rd Avenue<br>9th Floor<br>New York NY 10022 | eoghinfo@primeclerk.com | Email |
| Top 20 Creditor | PSE&G | Attn: Thomas Webb, I&C Special Collections<br>20 Commerce Drive, 4th Floor<br>Cranford NJ 7016 | | First Class Mail |
| Top 20 Creditor | Qualcare, Inc. | Attn: Philip Chiyuto<br>30 Knightsbridge Road<br>Piscataway NJ 8854 | info@qualcareinc.com | First Class Mail and Email |
| Top 20 Creditor | Stryker Orthopedic | Attn: Todd Schwanewede<br>10 Clifton Blvd.<br>Clifton NJ 7011 | SpineMarComm@stryker.com | First Class Mail and Email |
| Indenture Trustee | The Bank of New York Mellon, as Indenture Trustee | The Bank of New York Mellon - Public Finance<br>385 Rifle Camp Road<br>Woodland Park NJ 7424 | | First Class Mail |
| Counsel to Center for Family Guidance, P.C. | Trenk, DiPasquale, Della Fera & Sodono, P.C. | Attn: Richard D. Trenk, Esq.<br>347 Mt. Pleasant Avenue, Suite 300<br>West Orange NJ 07052- | rtrenk@trenklawfirm.com | First Class Mail and Email |
| Top 20 Creditor | US Foodservice | Attn: Wendy Kutner<br>1051 Amboy Avenue<br>Perth Amboy NJ 8861 | chuck.gannon@usfood.com | First Class Mail and Email |
| Top 20 Creditor | Xerox Corporation | Attn: Shari Austin<br>10 Woodbridge Center Drive<br>Woodbridge NJ 7095 | | First Class Mail |

**Exhibit B**

# Exhibit B

Banks Service List
Served via First Class Mail

| Name | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|
| Investors Bank | 101 John F. Kennedy Pkwy | | | Short Hills | NJ | 07078 |
| PNC Bank, NA | 2 Tower Center Blvd. | | | East Brunswick | NJ | 08816 |
| TD Bank | 425 Pleasant Valley Way | | | West Orange | NJ | 07052 |
| The Bank of New York Mellon | Public Finance | 385 Rifle Camp Road | | Woodlawn Park | NJ | 07424 |
| The Bank of New York Mellon | BNY Mellon Wealth Management | BNY Mellon Center | 201 Washington Street | Boston | MA | 02108-4408 |
| Wells Fargo Company | 91 E. Main Street | | | Moorestown | NJ | 08057 |

**<u>Exhibit C</u>**

Case 15-31232-VFP    Doc 53    Filed 11/19/15    Entered 11/19/15 18:15:30    Desc Main
Document    Page 10 of 15

Exhibit C

Utility Service List

Served via First Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Comcast Cable | 1 Apollo Road | | Plymouth Meeting | PA | 19462-2372 |
| Con Edison Solutions | 100 Summit Lake Drive | Suite 410 | Valhalla | NY | 10595 |
| East Orange Water Commission | 99 South Grove Street | | East Orange | NJ | 07018 |
| New Horizon Communications | 420 Bedofrd Street | Suite 250 | Lexington | MA | 02420 |
| PSE&G | 80 Park Plaza | | Newark | NJ | 07102 |
| Signal Point New Jersey | Continental Plaza, 6th Floor | 433 Hackensack Avenue | Hackensack | NJ | 07601 |
| Verizon | 95 William Street | | Newark | NJ | 07102 |
| Windstream-Paetec | 744 Broad Street | | Newark | NJ | 07102 |

**Exhibit D**

## Exhibit D

Insurance Service List

Served via First Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Ace | 436 Walnut Street | | Philadelphia | PA | 19106 |
| AIG | 70 Pine Street | | New York | NY | 10270 |
| Chubb | 15 Mountainview Road | | Warren | NJ | 07059 |
| Converys | 67 East Park Place | Suite 703 | Morristown | NJ | 07960 |
| Darwin | 1690 New Britian Avenue | | Farmington | CT | 06032 |
| QBE Insurance Company | Wall Street Plaza | 88 Pine Street | New York | NY | 10005 |
| Wesco Insurance Company | 800 Superior Avenue East | 21st Floor | Cleveland | OH | 44114 |
| Zurich American Insurance Company | Attn: Customer Inquiry Center | 1400 American Lane | Schaumburg | IL | 60196-1056 |

**Exhibit E**

Exhibit E

Taxing Authority Service List

Served via First Class Mail

| Name | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|
| City of East Orange | Tax Collectors Office | 44 City Hall Plaza | | East Orange | NJ | 07018 |
| Internal Revenue Service | P.O. Box 7346 | | | Philadelphia | PA | 19101-7346 |
| Internal Revenue Service | 2970 Market Street | Mail Stop 5-Q30.133 | | Philadelphia | PA | 19104-5016 |
| New Jersey Division of Taxation | Compliance and Enforcement | Bankruptcy Unit | 50 Barrack Street, 9th Floor | Trenton | NJ | 08695 |