UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Gerald C. Bender, Esq.
Anthony De Leo, Esq.
Barry Z. Bazian, Esq.
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Proposed Counsel to the Debtors and
Debtors-in-Possession*

**Order Filed on November 23, 2015
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In re: | Chapter 11 |
| East Orange General Hospital, Inc., *et al.*,[1] | Case No. 15 –31232 (VFP) |
| Debtors. | (Jointly Administered) |

### ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE TO CONSIDER ENTRY OF BIDDING PROCEDURES ORDER

The relief set forth on the following pages, numbered two (2) through and including four (4), is hereby **ORDERED**.

**DATED: November 23, 2015**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

---

[1] The Debtors and the last four digits of their Employer Identification Numbers are East Orange General Hospital, Inc. (7166) and Essex Valley Healthcare, Inc. (7667). The Debtors' principal place of business is located at 300 Central Avenue, East Orange, NJ 07018.

Page:          2
Debtors:       East Orange General Hospital, Inc., *et al.*
Case No:       15 –31232 (VFP)
Caption:       Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice to
               Consider Entry of Bidding Procedures Order

---

After review of the application of the above-captioned debtors and debtors-in-possession

(collectively, the "Debtors") for a reduction of time for a hearing on the *Motion of the Debtors*

*for Orders (I) Approving (A) Bidding Procedures, (B) Form and Manner of Sale Notices, and*

*(C) Sale Hearing Date and (II) Authorizing and Approving (A) Sale of Substantially all of The*

*Debtors' Assets Free and Clear of Liens, Claims, and Encumbrances and (B) Assumption and*

*Assignment of Certain Executory Contracts and Unexpired Leases* (the "Sale Motion"),[2] under

Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1.        A hearing will be conducted on the matter on ___December___ _1_, 2015 at 2::30

p.m. in the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street,

Newark, New Jersey 07102, Courtroom No. 3B.

2.        The Debtors shall cause to be served a copy of this Order, the Application for it,

and the moving papers for the Motion upon (i) the Office of the United States Trustee for the

District of New Jersey (Attn: Mitchell B. Hausman, Esq.), One Newark Center, 1085 Raymond

Boulevard, Suite 2100, Newark, NJ 07102; (ii) the New Jersey Health Care Facilities Financing

Authority (Attn: Mr. Mark E. Hopkins, Executive Director), Station Plaza Building #4, 22 S.

Clinton Ave., Trenton, NJ 08609-1212; (iii) counsel for PNC Bank, National Association, c/o

Blank Rome LLP (Attn: Leon R. Barson, Esq.), One Logan Square, 130 North 18th Street,

Philadelphia, PA 19103-6998; (iv) The Bank of New York Mellon, as indenture trustee, The

Bank of New York Mellon - Public Finance, 385 Rifle Camp Road, Woodland Park, NJ 07424;

(v) counsel for the proposed DIP Lender, Moritt Hock & Hamroff LLP (Attn: Marc L. Hamroff,

Esq.), 400 Garden City Plaza, Garden City, NY 11530; (vi) counsel to Prospect, c/o Pachulski

---

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Sale
Motion.

Page:      3
Debtors:   East Orange General Hospital, Inc., *et al.*
Case No:   15 −31232 (VFP)
Caption:   Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice to Consider Entry of Bidding Procedures Order

---

Stang Ziehl and Jones LLP (Attn: Bradford Sandler and Shirley Cho, Esq.), 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067; (vii) the Internal Revenue Service, 2970 Market Street, Mail Stop 5-Q30.133, Philadelphia, PA 19104-5016; (viii) the New Jersey Division of Taxation Compliance and Enforcement - Bankruptcy Unit, 50 Barrack Street, 9th Floor, Trenton, NJ 08695; (ix) the New Jersey Department of Health (Attn: Mr. William Conroy, Deputy Commissioner, Health Systems), 369 S. Warren St., Trenton, NJ 08608; (x) the Office of the Attorney General of the State of New Jersey, Division of Law, Richard J. Hughes Justice Complex, 25 Market Street, Trenton, NJ 08625; (xi) the Office of the United States Attorney, Peter Rodino Federal Building, 970 Broad Street, Suite 700, Newark, NJ 07102; (xii) the Debtors' twenty largest unsecured creditors on a consolidated basis; (xiii) counsel to any statutory committee appointed in these Chapter 11 Cases (xiv) those parties who have filed a notice of appearance and request for service of pleadings in these Chapter 11 Cases pursuant to Fed. R. Bankr. P. 2002; and (xv) all other entities known to have asserted any lien, claim, interest, or encumbrance in or against the Debtors' assets by:

☐ fax, ☒ overnight mail, ☐ regular mail, ☒ email (if known by the Debtors or their representatives), ☐ hand delivery,

☐ notice by telephone must also:

☐ be provided within day(s) of the date of this order, or

☒ on the same date as this order.

3.      The notice authorized by this Order is deemed appropriate and adequate under the circumstances.

4.      A *Certification of Service* must be filed not later than 24 hours after the entry of this order.

Page:          4
Debtors:       East Orange General Hospital, Inc., *et al.*
Case No:       15 –31232 (VFP)
Caption:       Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice to
               Consider Entry of Bidding Procedures Order

---

     5.     Any objections to the Sale Motion (that pertain to this Court's approval of the

Bidding Procedures):

     ☒ must be filed, and served on Debtors' counsel so as to be received not later

than __November 30, 2015 at 4:00pm  OR_____.

     ☒ may be presented at the hearing.

     6.     ☒ Court appearances are required to prosecute said motion and any objections.

     ☒ Any objector may request to appear by telephone at the hearing.

     ☐ The hearing will be held by telephone conference call, to be arranged by

Debtors' counsel.