| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c) | |
| **TRENK, DiPASQUALE,<br>DELLA FERA & SODONO, P.C.**<br>347 Mt. Pleasant Avenue, Suite 300<br>West Orange, New Jersey 07052<br>(973) 243-8600<br>Adam D. Wolper<br>*Proposed Co-Counsel to the Official Committee of Unsecured Creditors* | |
| In re:<br><br>EAST ORANGE GENERAL HOSPITAL, INC.,<br><br>                                      Debtor. | Chapter 11<br><br>Case No. 15-31232 (VFP)<br><br>Judge:  Honorable Vincent F. Papalia |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned hereby appears in this case as proposed co-counsel to the Official Committee of Unsecured Creditors.

**REQUEST IS HEREBY MADE** pursuant to Bankruptcy Rules 2002 and 9010 that all notices given or required to be given in this case, and all papers, pleadings, motions, or applications served or required to be served in this case or any adversary proceeding filed in connection therewith, shall be directed to and served upon counsel as follows:

Adam D. Wolper, Esq.
Trenk, DiPasquale, Della Fera & Sodono, P.C.
347 Mt. Pleasant Avenue, Suite 300
West Orange, NJ 07052
973-243-8600 (phone)
973-243-8677 (fax)
Email: awolper@trenklawfirm.com

2

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers filed in the proceeding specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, suggestion, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted and conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which may affect or seek to affect in any way the rights or interests of the Debtor or the property or proceeds in which the Debtor may claim an interest.

**TRENK, DiPASQUALE,
DELLA FERA & SODONO, P.C.**
*Proposed Co-Counsel to the Official Committee of Unsecured Creditors*

By:     */s/ Adam D. Wolper*
                Adam D. Wolper

Dated:   November 24, 2015

4818-1033-6811, v.  1

2