UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE, REGION 3
Martha R. Hildebrandt, Esq.
Mitchell B. Hausman, Esq.
One Newark Center, Suite 2100
Newark, NJ  07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
Email: Mitchell.B.Hausman@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| East Orange General Hospital, Inc., *et al.*,[1] | Case No. 15-31232 (VFP) |
| | *Jointly Administered* |
| Debtors. | |
| | The Honorable Vincent F. Papalia |

**NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Effective November 23, 2015, pursuant to Section 1102(a)(1) of the Bankruptcy Code, the Acting United States Trustee hereby appoints the below listed creditors to the Official Committee of Unsecured Creditors in the above captioned case.

| | | |
|---|---|---|
| **Cardinal Health 110, LLC, Cardinal Health 200, LLC and Cardinal Health Pharmacy Services, LLC** *(Chairperson)*<br>7000 Cardinal Place<br>Dublin, OH 43017<br>Tel.: (614) 553-3125<br>Fax: (614) 652-6848<br>Attn: Rob Speeney | **Center for Family Guidance, PC**<br>765 East Route 70<br>Building A-101<br>Marlton, NJ 08053<br>Tel.: (856) 797-4804<br>Fax: (856) 797-4814<br>Attn: Al Campana | **E'Proz Limited and InfoteQ Solutions, Inc.**<br>39 Canada Goose Drive<br>Hackettstown, NJ 07840<br>Tel.: (973) 896-7500<br>Attn: Dave Raj |

---

[1] The Debtors in these jointly administered cases are: East Orange General Hospital, Inc., (15-31232 (VFP) and Essex Valley Healthcare, Inc. (15-31233 (VFP).

Case 15-31232-VFP    Doc 81    Filed 11/25/15    Entered 11/25/15 11:38:33    Desc Main
Document     Page 2 of 2

Page 2
**East Orange General Hospital,
Inc.** *et al.*
**Appointment Of Official Committee
Of Unsecured Creditors**

**Medicine Industries, Inc.**
1 Medicine Place
Mundelein, IL 60060
Tel.: (847) 643-4103
Fax: (866) 914-2729
Attn: Shane M. Reed

**Public Service Electric & Gas
Company**
80 Park Plaza, T50
Newark, NJ 07102
Tel.: (973) 430-6486
Fax: (973) 645-1103
Attn: Suzanne M. Klar, Esq.

Counsel for Committee

Joseph J. DiPasquale, Esquire
Trenk DiPasquale, *et al.*
347 Mt. Pleasant Ave., Suite 300
West Orange, NJ 07052
Tel: (973) 243-8600
Fax (973) 243-8677

Leah M. Eisenberg, Esquire
Arent Fox, LLP
1675 Broadway
New York, NY 10019-5820
Tel: (212) 484-3900
Fax (212) 484-3990

        ANDREW R. VARA
        ACTING UNITED STATES TRUSTEE
        Region 3

        By: */s/ Martha R. Hildebrandt*
            Martha R. Hildebrandt
            Assistant United States Trustee

            Mitchell B. Hausman
            Trial Attorney

Date: November 24, 2015