**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In re: | Chapter 11 |
|---|---|
| East Orange General Hospital, Inc., *et al.*,[1] | Case No. 15-31232 (VFP) |
| Debtors. | Jointly Administered |

**NOTICE OF COMMENCEMENT OF CHAPTER 11 BANKRUPTCY CASES**
**AND THE MEETING OF CREDITORS**

On November 10, 2015, the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"). The Debtors, their respective addresses, and case numbers are as follows:

| DEBTOR | ADDRESS | CASE NO. |
|---|---|---|
| East Orange General Hospital, Inc. | 300 Central Avenue East Orange, NJ 07018 | 15-31232 (VFP) |
| Essex Valley Healthcare, Inc. | 300 Central Avenue East Orange, NJ 07018 | 15-31233 (VFP) |

**MEETING OF CREDITORS**. Pursuant to section 341 of the Bankruptcy Code, a meeting of creditors has been scheduled for **December 16, 2015 at 10:00 a.m. (ET)** at the following address:

Office of the United States Trustee
One Newark Center
1085 Raymond Boulevard
Suite 1401
Newark, NJ 07102

**DEADLINE TO FILE A PROOF OF CLAIM**. Deadline to be established by the Court. Notice of a deadline to file a proof of claim will be sent at a later date.

---

[1] The Debtors and the last four digits of their Employer Identification Numbers are East Orange General Hospital, Inc. (7166) and Essex Valley Healthcare, Inc. (7667). The Debtors' principal place of business is located at 300 Central Avenue, East Orange, NJ 07018.

**COUNSEL FOR THE DEBTORS**.

>Kenneth A. Rosen, Esq.
>Gerald C. Bender, Esq.
>Bruce Buechler, Esq.
>Michael Savetsky, Esq.
>Anthony De Leo, Esq.
>Lowenstein Sandler LLP
>65 Livingston Avenue
>Roseland, New Jersey 07068

**COMMENCEMENT OF CASES**.  A petition for reorganization under chapter 11 of the Bankruptcy Code has been filed in this Court by each of the Debtors listed above.  You will not receive notice of all documents filed in the Debtors' bankruptcy cases.  All documents filed with the Court, including lists of the Debtors' property and debts, are available for inspection at the Office of the Clerk of the Bankruptcy Court once filed.  In addition, such documents may be available at https://cases.primeclerk.com/eogh/.

**CREDITORS MAY NOT TAKE CERTAIN ACTIONS**.  A creditor is anyone to whom a debtor owes money or property.  Under the Bankruptcy Code, a debtor is granted certain protection against creditors, including an automatic stay prohibiting creditors from taking certain action.  Common examples of prohibited actions by creditors are contacting a debtor to demand repayment, taking action against a debtor to collect money owed to creditors or to take property of a debtor, and starting or continuing foreclosure actions or repossessions.  If unauthorized actions are taken by a creditor against a debtor, the Court may penalize that creditor.  A creditor who is considering taking action against a debtor or the property of a debtor should review section 362 of the Bankruptcy Code and may wish to seek legal advice.

**CLAIMS**.  **Separate notice of the deadline(s) to file proofs of claim and proof of claim forms will be provided to the Debtors' known creditors at a later date.**  Proof of claim forms are also available in the clerk's office of any bankruptcy court and from the Court's web site at www.njb.uscourts.gov.

**DISCHARGE OF DEBTS**.  Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt.  *See* 11 U.S.C. § 1141(d).  A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan.