**Joseph J. DiPasquale**
Director
Direct: 973-323-8666
jdipasquale@trenklawfirm.com

347 Mt. Pleasant Avenue, Suite 300
West Orange, New Jersey 07052

P: 973-243-8600
F: 973-243-8677

November 25, 2015

Client No. 4837-0001

**VIA ECF**
Honorable Vincent F. Papalia, U.S.B.J.
United States Bankruptcy Court
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

    Re:    **In re East Orange General Hospital, Inc.**
           **Case No. 15-31232 (VFP)**
           **(Jointly Administered)**

Dear Judge Papalia:

    This firm serves as proposed co-counsel to the Official Committee of Unsecured Creditors in the above-referenced, jointly administered Chapter 11 bankruptcy case. This letter shall confirm that the following motions, which were scheduled to be heard on December 1, 2015 at 2:30 p.m., have been adjourned to **December 7, 2015 at 10:00 a.m.:**

1. Motion to Use Cash Collateral (Docket Entry #12); and

2. Motion re: for Orders (I) Approving (A) Bidding Procedures, (B) Form and Manner of Sale Notices, and (C) Sale Hearing Date and (II) Authorizing and Approving (A) Sale of Substantially all of The Debtors Assets Free and Clear of Liens, Claims, and Encumbrances and (B) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases (Docket Entry #57).

    Thank you for Your Honor's consideration in this matter.

           Respectfully,

           */s/ Joseph J. DiPasquale*

           Joseph J. DiPasquale

JJD:cd
cc:    Kenneth A. Rosen, Esq. (Via ECF)
        Gerald C. Bender, Esq. (Via E-mail)
        Leah M. Eisenberg, Esq. (Via E-mail)
        Bradford J. Sandler, Esq. (Via ECF)

4851-5850-7307, v. 1