| Debtor | Schedule | Schedule Number | **Rider B(23)** Description and Location of Property | Current Value, without Deducting Any Secured Claim |
|---|---|---|---|---|
| EOGH | B | 23 | New Jersey Department of Health License to operate a General Acute Care Hospital (Facility # 10704; expires 8/31/16) | Uknown |
| EOGH | B | 23 | New Jersey Department of Health License to operate a Hospital-based, Off-site Ambulatory Care Facility (Facility # 10704; Offsite # 1110; expires 8/31/16) | Uknown |
| EOGH | B | 23 | New Jersey Department of Health License to operate a Hospital-based, Off-site Ambulatory Care Facility (Facility # 10704; Offsite # 1167; expires 8/31/16) | Uknown |
| EOGH | B | 23 | New Jersey Department of Health License to operate a Hospital-based, Off-site Ambulatory Care Facility (Facility # 10704; Offsite # 1189; expires 8/31/16) | Uknown |
| EOGH | B | 23 | New Jersey Department of Health License to operate a Hospital based, Off-site Ambulatory Care Facility (Facility # 10704; Offsite # 1280; expires 8/31/16) | Uknown |
| EOGH | B | 23 | New Jersey Department of Human Services License for Outpatient Mental Health Services (License # 302031404; expires 8/27/17) | Uknown |
| EOGH | B | 23 | New Jersey Department of Human Services License to operate an Ambulatory Care Facility consisting of Addiction Services (License # 200237; expires 10/31/2015) | Uknown |
| EOGH | B | 23 | New Jersey Department of Human Services License to operate a Supportive Housing Program (Supportive Housing, Hope Gardens, SH for the Homeless, Essex Valley SH, Shelter Plus Care) (License # 302031248; expires 8/27/17) | Uknown |
| EOGH | B | 23 | Accreditation by the Joint Commission as a Hospital (expires 1/24/16) | Uknown |
| EOGH | B | 23 | Accreditation by The Joint Commission as for Behavioral Health Care (expires 8/15/15). New accreditation letter pending. | Uknown |
| EOGH | B | 23 | Accreditation by The Joint Commission as a Pathology and Clinical Laboratory CLIA # 31D0004120 (Clinical) (expires 3/21/16), CLIA # 31D1083614 (Hemo/Chemistry), and CLIA # 31D0103871 (Health Center) | Uknown |
| EOGH | B | 23 | New Jersey Office of the Attorney General Division of Consumer Affairs Board of Pharmacy License # 28RS00129300 (expires 6/30/16) | Uknown |
| EOGH | B | 23 | New Jersey Department of Environmental Protection - Underground Storage Tank Registration (UST No. 013092) for 1,000 gallon underground diesel storage tank (expires 12/31/17) | Uknown |
| EOGH | B | 23 | Passaic Valley Sewerage Commissioners Sewer Use Permit No. 05210001 (expires 1/31/18) | Uknown |
| EOGH | B | 23 | New Jersey Department of Environmental Protection - Air Pollution Control Certificate to Operate Control Apparatus ID Ne . GEJ\: 080001 and GEN 14001 for the following emergency generators: GEN# l (1.65 MMBTU/Hr.); GEN#2 (4.68 MMBTU/Hr.); and GEN#3 (4.41 MMBTU/Hr.) (expires 4/17/16) | Uknown |
| EOGH | B | 23 | New Jersey Department of Environmental Protection - Air Pollution Control Certificate to Operate Control Apparatus ID No. PCP 140001 for two boilers designated as BOILER # 1 and BOILER # 2 (expires 2/24/17) | Uknown |

| EOGH | B | 23 | EPA ID No. NJD067521070. East Orange General Hospital is a Conditionally Exempt Small Quantity Generator of hazardous waste (no expiration date) | Uknown |
|---|---|---|---|---|
| EOGH | B | 23 | Regulated Medical Waste Generator No. 0057954. East Orange General Hospital generates regulated medical waste types 1, 2, 3, 4 and 7 (no expiration date). Rolling certification that runs from June 22, 2015 through June 21, 2016 and reapply annually | Uknown |
| EOGH | B | 23 | Drug Enforcement Administration Registration No. AE0659308 (expires 8/31/18) | Uknown |
| EOGH | B | 23 | Controlled Dangerous Substances Registration No. D00660500 (expires 10/31/16) | Uknown |
| EOGH | B | 23 | Radioactive Materials License No. 425398 - RAD120002 (expires 1/31/22) | Uknown |
| EOGH | B | 23 | Blood Bank License No. 7696 (expires 12/31/15) | Uknown |
| EOGH | B | 23 | Clinical Laboratory Improvement Amendments Certificates of Accreditation Identification Nos. 31D004120 (expires 1/2/17) and 31D1083614 (expires 9/7/16), and Identification Nos. 31D0103871 (FHC) | Uknown |
| EOGH | B | 23 | United States Department of Health and Human Services Mammography Facility Certification Identification No. 111302 (expires 11/2/17) | Uknown |
| EOGH | B | 23 | CMS855 - Medicare Provider Part A Number Change of Ownership Filing - East Orange General Hospital  Inc. - Medicare Provider Numbers: 31-0083, 31-S083 and 31-2314 | Uknown |
| EOGH | B | 23 | CMS855 - Medicare Provider Part B Number Change of Ownership Filing - East Orange General Hospital Inc. - Medicare Provider Numbers: 187956 and 187943 | Uknown |
| EOGH | B | 23 | New Jersey Medicaid Change of Ownership - Medicaid Provider Number: 4140001 (Acute/Psych/Hemo) and East Orange General Hospital, Inc. - Medicaid Provider Number: 4550307 (Hope Gardens) | Uknown |
| EOGH | B | 23 | New Jersey Medicaid Change of Ownership - Medicaid Group Number: 0389196 (Mental Health) and 0341851 (FHC) | Uknown |
| EOGH | B | 23 | Approval under New Jersey's Community Health Care Assets Protection Act (N.J.S.A. 26:2H-7.10  et seq.)  ("CHAPA"), consisting of a recommendation letter from the Office of the New Jersey Attorney General, review by the Commissioner of the New Jersey Department of Health, and an order from the New Jersey Superior Court approving the Transaction | Uknown |
| EOGH | B | 23 | Certificate of Need to be procured by the Buyer from the New Jersey Department of Health  in connection  with the Transactions | Uknown |
| EOGH | B | 23 | National Provider Identification No. 1619924362 (Acute/Hemo/Hope Gardens), No. 1407164189 (Psych), No. 1992942098 (Family Health), No. 121574107 (Mental Health/CFG) | Uknown |
| EOGH | B | 23 | City of East Orange Retail Food Permit No. L0-03343, L500011, and L500571 (expires 7/31/16) | Uknown |
| EOGH | B | 23 | New Jersey Department of Health, Division of Public Health and Environmental Laboratories, Clinical Laboratory License Nos. 00034185 (Clinical), 00034481 (Hemo/Chemistry), and 00035805 (Health Center) | Uknown |
| EOGH | B | 23 | New Jersey Office of Weights & Measures, Registration Certificate No. 28-040836-15 (expires 1/31/16) and No. 28-040836-14 | Uknown |

| EOGH | B | 23 | New Jersey Department of Health License issued to East Orange General Hospital to operate a Hospital-based, Off-site Ambulatory Care Facility for Chronic Hemodialysis Stations (Facility # 10704; Offsite # 1388; expires 8/31/16) | Uknown |
|---|---|---|---|---|
| EOGH | B | 23 | New Jersey Department of Human Services License for Adult Partial Care Services (License # 302031405; expires 8/27/17) | Uknown |
| EOGH | B | 23 | The City of East Orange Certificate of Occupancy License # 20071338 | Uknown |
| EOGH | B | 23 | New Jersey Department of Environmental Protection Radiation Producing Machine Registration for Family Health Center (Facility No. 117331) license # 208551.  New Jersey Department of Environmental Protection Radiation Producing Machine Registration (Facility No. 100172) license #s 705929, 707393, 707764, 707735, 708398, 708436, 708971, 709203, 709801, 710018, A02708, A03229 | Uknown |
| EOGH | B | 23 | The State of New Jersey NJ State Tax Permit | Uknown |
| EOGH | B | 23 | Associated Fire Protection Fire Protection Equipment license No. 38140, No. 49690, No. 47451 (expires 1/2016) | Uknown |
| EOGH | B | 23 | The City of East Orange Fire Registration # 0707-58428-001-01 | Uknown |
| EOGH | B | 23 | The New Jersey Department of Community Affairs Life Hazard Use Certificate of Registration license # 1423714 (expires 1/11/15) | Uknown |
| EOGH | B | 23 | The New Jersey Department of Community Affairs Elevator Permits. No. 0705-00146-0001 (1-5) EOGH (expires 6/30/15) and No. 0705-00305-001 (1-3) MAB (expires 12/30/15) and No. 0705-00115-001 (1-3) EP (expires 12/30/15) | Uknown |
| EOGH | B | 23 | New Jersey Department of Labor and Workforce Boiler Permits NB/Serial No. 216546 (expires 7/27/16), 207483 (expires 7/27/16), 18092 (expires 3/13/16), 18093 (expires 1/21/16), 8938E (expires 5/11/18), 40703 (expires 5/11/18), 57900 (expires 5/11/18) | Uknown |
| EOGH | B | 23 | New Jersey Department of Agriculture Milk Permit No. 154095 (expires 6/30/16) | Uknown |
| EOGH | B | 23 | New Jersey Department of Human Services License for East Orange Hospital Screening Center (Designated Screening Center) designation # 302030601 | Uknown |
| EOGH | B | 23 | New Jersey Department of Human Services License for designation # 302030646. Received re-designation on 2/23/15 | Uknown |
| EOGH | B | 23 | New Jersey Department of Environmental Protection Certificate to Operate Control Apparatus and/or Equipment, Facility ID 05225, Permit ID # GEN 140001, Permit Type GP-005 (expires 12/1/19) | Uknown |
| EOGH | B | 23 | AABB Transfusion Accreditation, membership ID# 1208 | Uknown |
| EOGH | B | 23 | US Department of Health and Human Services, FDA, (American College of Radiology), Mammography Facility Certification and Mammographic Imaging Services Accreditation #111302 | Uknown |
| EOGH | B | 23 | NJ Department of Children and Families, CAPS Grant Funding, no underlying license or designation | Uknown |
| EOGH | B | 23 | New Jersey Department of Health, DSRIP designation | Uknown |
| EOGH | B | 23 | WMTS Coordination Certificate #8005198 | Uknown |