Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 15−31232−VFP
Chapter: 11
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   East Orange General Hospital, Inc.
   300 Central Avenue
   East Orange, NJ 07018

Social Security No.:

Employer's Tax I.D. No.:
   22−1487166

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 1/14/16 at 11:00 AM

to consider and act upon the following:

*120* − Motion re: for Order (i) Establishing Procedures for Compliance with 11 U.S.C. Sections 1102(b)(3) and 1103(c), Effective as of November 23, 2015, and (ii) Authorizing the Retention of Prime Clerk as Information Agent for the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. Section 327(a), Effective as of November 23, 2015 Filed by Joseph J. DiPasquale on behalf of Official Committee of Unsecured Creditors. Hearing scheduled for 1/14/2016 at 02:30 PM at VFP − Courtroom 3B, Newark. (Attachments: # 1 Application in Support # 2 Exhibit A # 3 Proposed Order) (DiPasquale, Joseph)

*131* − Motion to Compel (i) Laboratory Corporation of America Holdings to Honor Its Contract with the Debtors; (ii) Awarding Damages, Attorneys Fees and Costs for Violating the Automatic Stay; and (iii) Granting Related Relief Filed by Bruce D. Buechler on behalf of East Orange General Hospital, Inc.. (Attachments: # 1 Certification of M. Bieber in Support # 2 Exhibit A # 3 Exhibit B # 4 Exhibit C # 5 Proposed Order) (Buechler, Bruce)

*132* − Application to Shorten Time (related document:131 Motion to Compel (i) Laboratory Corporation of America Holdings to Honor Its Contract with the Debtors; (ii) Awarding Damages, Attorneys Fees and Costs for Violating the Automatic Stay; and (iii) Granting Related Relief filed by Debtor East Orange General Hospital, Inc.) Filed by Bruce D. Buechler on behalf of East Orange General Hospital, Inc.. (Attachments: # 1 Proposed Order) (Buechler, Bruce)

Dated: 12/14/15

James J. Waldron
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 15-31232-VFP
East Orange General Hospital, Inc.                                  Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Dec 14, 2015
                              Form ID: ntchrgbk        Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2015.
```
db          +East Orange General Hospital, Inc.,    300 Central Avenue,    East Orange, NJ 07018-2897
aty         +Gerald C. Bender,    65 Livingston Avenue,    Roseland, NJ 07068-1725
aty         +Leon R Barson,    BLANK ROME LLP,    One Logan Square,    Philadelphia, PA 19103-6998
aty         +Lowenstein Sandler LLP,    65 Livingston Avenue,    Roseland, NJ 07068-1791
aty         +Trenk DiPasquale Della Fera & Sodono, PC,    347 Mount Pleasant Ave.,    Suite 300,
               West Orange, NJ 07052-2730
cr          +Cardinal Health,    c/o Chiesa Shahinian & Giantomasi PC,    One Boland Drive,
               West Orange, NJ 07052-3686
cr          +Center for Family Guidance, P.C.,    c/o Richard D. Trenk, Esq.,    347 Mt. Pleasant Avenue,
               West Orange, NJ 07052-2744,    US
intp        +Indigo Capital Markets, LLC,    c/o Moritt Hock & Hamroff LLP,    Attn. Lee J. Mendelson,
               400 Garden City Plaza,    Garden City, ny 11530-3327
cr          +Laboratory Corporation of America,    c/o Joel R. Glucksman, Esq.,    Scarinci & Hollenbeck, LLC,
               1100 Valley Brook Ave.,    P.O. Box 790,    Lyndhurst, NJ 07071-0790
ombh        +Laura L Katz,    Saul Ewing,    500 E. Pratt Street,    Suite 900,    Baltimore, MD 21202-3170
op          +PricewaterhouseCoopers LLP,    300 Madison Avenue,    New York, NY 10017-6232
op          +Prime Clerk, LLC,    830 Third Avenue,    9th Fl.,    New York, NY 10022-6561
cr          +Wells Fargo Bank, N.A., successor by merger to Wac,    875 Third Avenue,    8th Floor,
               Attn: Melissa A. Pena, Esq.,    New York, NY 10022-7238,    US
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty          +E-mail/Text: andrew.silfen@arentfox.com Dec 14 2015 23:07:19    Arent Fox LLP,    1675 Broadway,
               New York, NY 10019-5849
                                                                                             TOTAL: 1
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
op               CohnReznick LLP
                                                                                             TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2015                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2015 at the address(es) listed below:
```
              Adam D Wolper    on behalf of Creditor Committee   Official Committee of Unsecured Creditors
               awolper@trenklawfirm.com
              Alan Craig Hochheiser    hochheiser@buckleyking.com
              Andrew J. Kelly    on behalf of Creditor    Center for Family Guidance, P.C. akelly@kbtlaw.com,
               wsheridan@kbtlaw.com;cyaccarinoesq@me.com;tmccann@kbtlaw.com;mgifford@kbtlaw.com
              Bradford J. Sandler    on behalf of Interested Party    Prospect EOGH, Inc. bsandler@pszjlaw.com,
               mseidl@pszjlaw.com
              Bruce D. Buechler    on behalf of Debtor    East Orange General Hospital, Inc.
               bbuechler@lowenstein.com
              Dipesh Patel    on behalf of Health Care Ombudsman Laura L Katz dpatel@saul.com
              Heather Lynn Anderson    on behalf of Creditor    State Of New Jersey Division Of Taxation
               heather.anderson@law.dol.lps.state.nj.us
              Joel R. Glucksman    on behalf of Creditor    Laboratory Corporation of America
               jglucksman@scarincihollenbeck.com
              Josef W. Mintz    on behalf of Creditor    PNC Bank, National Association mintz@blankrome.com
              Joseph J. DiPasquale    on behalf of Attorney    Trenk DiPasquale Della Fera & Sodono, PC
               jdipasquale@trenklawfirm.com,    ldilorenzo@trenklawfirm.com;lbonito@trenklawfirm.com
              Joseph J. DiPasquale    on behalf of Creditor Committee    Official Committee of Unsecured
               Creditors jdipasquale@trenklawfirm.com,    ldilorenzo@trenklawfirm.com;lbonito@trenklawfirm.com
              Kenneth A. Rosen    on behalf of Debtor    Essex Valley Healthcare, Inc. krosen@lowenstein.com
              Kenneth A. Rosen    on behalf of Debtor    East Orange General Hospital, Inc. krosen@lowenstein.com
              Lee J. Mendelson    on behalf of Interested Party    Indigo Capital Markets, LLC
               lmendelson@moritthock.com
```

```
District/off: 0312-2           User: admin              Page 2 of 2            Date Rcvd: Dec 14, 2015
                               Form ID: ntchrgbk        Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Matthew Francis Kye    mkye@magnozzikye.com
        Melissa A. Pena    on behalf of Creditor    Wells Fargo Bank, N.A., successor by merger to Wachovia Bank, National Association mapena@nmmlaw.com,    JSpezzacatena@nmmlaw.com;speterson@nmmlaw.com
        Mitchell Hausman    on behalf of U.S. Trustee    United States Trustee Mitchell.B.Hausman@usdoj.gov
        Scott A. Zuber    on behalf of Creditor    Cardinal Health szuber@csglaw.com,    ecf@csglaw.com
        United States Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                         TOTAL: 19