Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 15–31232–VFP
Chapter: 11
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   East Orange General Hospital, Inc.
   300 Central Avenue
   East Orange, NJ 07018

Social Security No.:

Employer's Tax I.D. No.:
   22–1487166

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 1/20/16 at 11:30 AM

to consider and act upon the following:

*57* – Motion re: for Orders (I) Approving (A) Bidding Procedures, (B) Form and Manner of Sale Notices, and (C) Sale Hearing Date and (II) Authorizing and Approving (A) Sale of Substantially all of The Debtors Assets Free and Clear of Liens, Claims, and Encumbrances and (B) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Filed by Kenneth A. Rosen on behalf of East Orange General Hospital, Inc.. (Attachments: # 1 Exhibit A – Proposed Bidding Procedures Order # 2 Exhibit B – Asset Purchase Agreement) (Rosen, Kenneth)

*171* – Order Approving (A) Bidding Procedures, (B) Form and Manner of Sale Notices, and (C) Sale Hearing Date (related document:57 Motion re: for Orders (I) Approving (A) Bidding Procedures, (B) Form and Manner of Sale Notices, and (C) Sale Hearing Date and (II) Authorizing and Approving (A) Sale of Substantially all of The Debtors Assets Free and Clear of Liens, Claims, and Encumbrances and (B) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Filed by Kenneth A. Rosen on behalf of East Orange General Hospital, Inc.. (Attachments: # 1 Exhibit A – Proposed Bidding Procedures Order # 2 Exhibit B – Asset Purchase Agreement) filed by Debtor East Orange General Hospital, Inc.). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 12/15/2015. (jf) Additional attachment(s) added on 12/15/2015 (jf).

Dated: 12/15/15

James J. Waldron
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
East Orange General Hospital, Inc.  
     Debtor

Case No. 15-31232-VFP  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2    Date Rcvd: Dec 15, 2015  
                        Form ID: ntchrgbk    Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2015.
```
db         +East Orange General Hospital, Inc.,    300 Central Avenue,    East Orange, NJ 07018-2897
aty        +Gerald C. Bender,    65 Livingston Avenue,    Roseland, NJ 07068-1725
aty        +Leon R Barson,    BLANK ROME LLP,    One Logan Square,    Philadelphia, PA 19103-6998
aty        +Lowenstein Sandler LLP,    65 Livingston Avenue,    Roseland, NJ 07068-1791
aty        +Marc L. Hamroff,    400 Garden City Plaza,    50 Clinton St.,    Garden City, NY 11550-4281
aty        +Trenk DiPasquale Della Fera & Sodono, PC,    347 Mount Pleasant Ave.,    Suite 300,
             West Orange, NJ 07052-2730
cr         +Cardinal Health,    c/o Chiesa Shahinian & Giantomasi PC,    One Boland Drive,
             West Orange, NJ 07052-3686
cr         +Center for Family Guidance, P.C.,    c/o Richard D. Trenk, Esq.,    347 Mt. Pleasant Avenue,
             West Orange, NJ 07052-2744,    US
intp       +Indigo Capital Markets, LLC,    c/o Moritt Hock & Hamroff LLP,    Attn. Lee J. Mendelson,
             400 Garden City Plaza,    Garden City, ny 11530-3327
cr         +Laboratory Corporation of America,    c/o Joel R. Glucksman, Esq.,    Scarinci & Hollenbeck, LLC,
             1100 Valley Brook Ave.,    P.O. Box 790,    Lyndhurst, NJ 07071-0790
ombh       +Laura L Katz,    Saul Ewing,    500 E. Pratt Street,    Suite 900,    Baltimore, MD 21202-3170
op         +PricewaterhouseCoopers LLP,    300 Madison Avenue,    New York, NY 10017-6232
op         +Prime Clerk, LLC,    830 Third Avenue,    9th Fl.,    New York, NY 10022-6561
cr         +Wells Fargo Bank, N.A., successor by merger to Wac,    875 Third Avenue,    8th Floor,
             Attn: Melissa A. Pena, Esq.,    New York, NY 10022-7238,    US
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty         +E-mail/Text: andrew.silfen@arentfox.com Dec 15 2015 22:27:05     Arent Fox LLP,    1675 Broadway,
             New York, NY 10019-5849
                                                                                             TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
op          CohnReznick LLP
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2015                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2015 at the address(es) listed below:
```
              Adam D Wolper    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
               awolper@trenklawfirm.com
              Alan Craig Hochheiser     hochheiser@buckleyking.com
              Andrew J. Kelly    on behalf of Creditor    Center for Family Guidance, P.C. akelly@kbtlaw.com,
               wsheridan@kbtlaw.com;cyaccarinoesq@me.com;tmccann@kbtlaw.com;mgifford@kbtlaw.com
              Bradford J. Sandler    on behalf of Interested Party    Prospect EOGH, Inc. bsandler@pszjlaw.com,
               mseidl@pszjlaw.com
              Bruce D. Buechler    on behalf of Debtor    East Orange General Hospital, Inc.
               bbuechler@lowenstein.com
              Dipesh  Patel    on behalf of Health Care Ombudsman Laura L Katz dpatel@saul.com
              Heather Lynn Anderson    on behalf of Creditor    State Of New Jersey Division Of Taxation
               heather.anderson@law.dol.lps.state.nj.us
              Joel R. Glucksman    on behalf of Creditor    Laboratory Corporation of America
               jglucksman@scarincihollenbeck.com
              Josef W. Mintz    on behalf of Creditor    PNC Bank, National Association mintz@blankrome.com
              Joseph J. DiPasquale    on behalf of Attorney    Trenk DiPasquale Della Fera & Sodono, PC
               jdipasquale@trenklawfirm.com,    ldilorenzo@trenklawfirm.com;lbonito@trenklawfirm.com
              Joseph J. DiPasquale    on behalf of Creditor Committee    Official Committee of Unsecured
               Creditors jdipasquale@trenklawfirm.com,    ldilorenzo@trenklawfirm.com;lbonito@trenklawfirm.com
              Kenneth A. Rosen    on behalf of Debtor    Essex Valley Healthcare, Inc. krosen@lowenstein.com
              Kenneth A. Rosen    on behalf of Debtor    East Orange General Hospital, Inc. krosen@lowenstein.com
```

```
District/off: 0312-2           User: admin              Page 2 of 2                  Date Rcvd: Dec 15, 2015
                               Form ID: ntchrgbk        Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Lee J. Mendelson   on behalf of Interested Party   Indigo Capital Markets, LLC lmendelson@moritthock.com
          Matthew Francis Kye   mkye@magnozzikye.com
          Melissa A. Pena   on behalf of Creditor   Wells Fargo Bank, N.A., successor by merger to Wachovia Bank, National Association mapena@nmmlaw.com,   JSpezzacatena@nmmlaw.com;speterson@nmmlaw.com
          Mitchell  Hausman   on behalf of U.S. Trustee   United States Trustee Mitchell.B.Hausman@usdoj.gov
          Scott A. Zuber   on behalf of Creditor   Cardinal Health szuber@csglaw.com,   ecf@csglaw.com
          Theresa A. Driscoll   on behalf of Interested Party   Indigo Capital Markets, LLC tdriscoll@moritthock.com
          United States Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                      TOTAL: 20