UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>East Orange General Hospital, Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-31232 (VFP)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Joshua L. Karotkin, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned Chapter 11 cases.

On December 15, 2015, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served in the manners set forth on the Core/2002 Service List attached hereto as **Exhibit A**:

- Notice of Debtors' Motion for Entry of An Order (A) Establishing Deadlines to File Proofs of Claim Against the Debtors, Including But Not Claims Arising Under Section 503(B)(9) of the Bankruptcy Code, (B) Approving the Form and Manner of Notice of the Bar Dates, (C) Authorizing Publication of the Bar Dates, and (D) Granting Related Relief [Docket No. 174]

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system, were sent the above referenced documents via electronic service.

Dated: December 18, 2015

/s/ Joshua L. Karotkin

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on December 18, 2015, by Joshua L. Karotkin, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: /s/

MARK M BROWN
NOTARY PUBLIC-STATE OF NEW YORK
No. 02BR6305738
Qualified in New York County
My Commission Expires June 09, 2018

---

[1] The Debtors and the last four digits of their Employer Identification Numbers are East Orange General Hospital, Inc. (7166) and Essex Valley Healthcare, Inc. (7667). The Debtors' principal place of business is located at 300 Central Avenue, East Orange, NJ 07018.

SRF 5525

**Exhibit A**

**Exhibit A**
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to the Official Committee of Unsecured Creditors | Arent Fox, LLP | Attn: Leah M. Eisenberg, Esq. 1675 Boradway New York NY 10019-5820 | leah.eisenberg@arentfox.com | First Class Mail and Email |
| Counsel for PNC Bank, National Association | Blank Rome LLP | Attn: Regina Stango Kelbon, Esq., Leon R. Barson, Esq. and Josef W. Mintz, Esq., Heather Sonnenberg, Esq. One Logan Square 130 North 18th Street Philadelphia PA 19103-6998 | kelbon@blankrome.com barson@blankrome.com mintz@blankrome.com | First Class Mail and Email |
| Counsel to Wesco Insurance Company | Buckley King LPA | Attn: Alan C. Hochheiser, Esq. 1400 Fifth Third Center 600 Superior Avenue East Cleveland OH 44114-2652 | hochheiser@buckleyking.com | First Class Mail and Email |
| Counsel to Cardinal Health 110, LLC; Cardinal Health 200, LLC; and Cardinal Health Pharmacy Services, LLC | Chiesa Shahinian & Giantomasi PC | Attn: Scott A. Zuber, Esq. One Boland Drive West Orange NJ 07052 | szuber@csglaw.com | First Class Mail and Email |
| Debtor | East Orange General Hospital, Inc. | Attn: Martin A. Bieber 300 Central Ave East Orange NJ 07018 | BieberM@EVH.ORG | Email |
| Counsel to New Jersey Division of Taxation | Heather Lynn Anderson | Deputy Attorney General R.J. Hughes Justice Complex 25 Market Street , PO Box 106 Trenton NJ 08625-0106 | heather.anderson@dol.lps.state.nj.us | First Class Mail and Email |
| United States Bankruptcy Judge | Honorable Judge Papalia | United States Bankruptcy Court Martin Luther King, Jr. Federal Building 50 Walnut Street, Courtroom 3B Newark NJ 07102 | | First Class Mail |
| Internal Revenue Service | Internal Revenue Service | 2970 Market Street Mail Stop 5-Q30.133 Philadelphia PA 19104-5016 | | First Class Mail |
| Counsel to the Debtor | Lowenstein Sandler LLP | Gerald C. Bender, Esq. 1251 Avenue of the Americas New York NY 10020 | gbender@lowenstein.com | Email |
| Counsel to the Debtor | Lownestein Sandler LLP | Kenneth A. Rosen, Esq. Michael Savetsky, Esq. 65 Livingston Avenue Roseland NJ 07068 | krosen@lowenstein.com msavetsky@lowenstein.com ADeLeo@lowenstein.com BBazian@lowenstein.com DClaussen@lowenstein.com | Email |
| Counsel to GEHFS, LLC | Magnozzi & Kye, LLP | Attn: Matthew F. Kye, Esq. 23 Green Street Suite 302 Huntington NY 11743 | | First Class Mail |
| Counsel to Indigo Capital Markets, LLC, DIP Lender | Moritt Hock & Hamroff LLP | Attn: Lee J. Mendelson, Esq. Theresa A. Driscoll, Esq. 400 Garden City Plaza Garden City NY 11530 | lmendelson@moritthock.com tdriscoll@moritthock.com | First Class Mail and Email |
| New Jersey Department of Health | New Jersey Department of Health | Attn: Mr. William Conroy, Deputy Commissioner Health Systems 369 S. Warren St. Trenton NJ 08608 | | First Class Mail |
| New Jersey Division of Taxation | New Jersey Division of Taxation | Compliance and Enforcement Bankruptcy Unit 50 Barrack Street - 9th Floor Trenton NJ 08695 | | First Class Mail |
| New Jersey Health Care Facilities Financing Authority | New Jersey Health Care Facilities Financing Authority | Attn: Mr. Mark E. Hopkins, Executive Director Station Plaza Building #4 22 S. Clinton Ave. Newark NJ 07102 | | First Class Mail |
| Counsel to Wells Fargo Bank, N.A. | Norris, McLaughlin & Marcus, PA | Attn: Melissa A. Pena 875 Third Avenue 8th Floor New York NY 10022 | mapena@nmmlaw.com | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| New Jersey Attorney General | Office of the Attorney General | State of New Jersey, Division of Law<br>Richard J. Hughes Justice Complex<br>25 Market Street<br>Trenton NJ 08625 | | First Class Mail |
| United States Attorney | Office of the United States Attorney | Peter Rodino Federal Building<br>970 Broad Street<br>Suite 700<br>Newark NJ 07102 | | First Class Mail |
| United States Trustee | Office of the United States Trustee For the District of New Jersey | Attn: Mitchell B. Hausman, Esq.<br>One Newark Center<br>1085 Raymond Boulevard, Suite 2100<br>Newark NJ 07102 | | First Class Mail |
| Counsel to Prospect EOGH, Inc. | Pachulski Stang Ziehl & Jones LLP | Attn: Bradford J. Sandler, Esquire<br>919 North Market Street<br>17th Floor<br>Wilmington DE 19801 | bsandler@pszjlaw.com | First Class Mail and Email |
| Counsel to Prospect EOGH, Inc. | Pachulski Stang Ziehl & Jones LLP | Attn: Shirley S. Cho, Esquire<br>10100 Santa Monica Blvd.<br>13th Floor<br>Los Angeles CA 90067 | scho@pszjlaw.com | First Class Mail and Email |
| Counsel to Laboratory Corporation of America | Scarinci & Hollenbeck, LLC | Attn: Joel R. Glucksman, Esq.<br>1100 Valley Brook Ave<br>P.O. Box 790<br>Lyndhurst NJ 07071-0790 | | First Class Mail |
| Counsel to Pulse Medical Transportation | SCURA, WIGFIELD, HEYER & STEVENS, LLP | Attn: John J. Scura III, Esq.<br>1599 Hamburg Turnpike<br>Wayne NJ 07470 | | First Class Mail |
| Indenture Trustee | The Bank of New York Mellon, as Indenture Trustee | The Bank of New York Mellon - Public Finance<br>385 Rifle Camp Road<br>Woodland Park NJ 07424 | | First Class Mail |
| Counsel to Center for Family Guidance, P.C. | The Kelly Firm, P.C. | Attn: Andrew J. Kelly, Esq.<br>1011 Highway 71<br>Suite 200<br>Spring Lake NJ 07762 | | First Class Mail |
| Counsel to the Official Committee of Unsecured Creditors | Trenk, DiPasquale, Della Fera & Sodono, P.C. | Attn: Adam D. Wolper, Esq., Joseph J. DiPasquale, Esq.<br>347 Mt. Pleasant Avenue<br>Suite 300<br>West Orange NJ 07052 | awolper@trenklawfirm.com<br>jdipasquale@trenklawfirm.com | First Class Mail and Email |

In re East Orange General Hospital, Inc., et al.
Case No. 15-31232 (VFP)

Page 2 of 2