**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Bruce Buechler, Esq.
Gerald C. Bender, Esq.
Michael Savetsky, Esq.
Barry Z. Bazian, Esq.
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtors and*
*Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| East Orange General Hospital, Inc., *et al.*,[1] | Case No. 15-31232 (VFP) |
| Debtors. | Jointly Administered |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON JANUARY 20, 2016 AT 11:30 A.M. (ET)**

**MATTERS GOING FORWARD**

*I.    CONTESTED MATTERS*

1.    Motion re: for Orders (I) Approving (A) Bidding Procedures, (B) Form and Manner of Sale Notices, and (C) Sale Hearing Date and (II) Authorizing and Approving (A) Sale of Substantially all of The Debtors Assets Free and Clear of Liens, Claims, and Encumbrances and (B) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases [Docket No. 57; Filed 11/20/2015]

Related Document(s):

      a)    Application for Order Shortening Time [Docket No. 58; Filed 11/20/15]

      b)    Order Granting Application to Shorten Time [Docket No. 70; Entered 11/23/15]

---

[1] The Debtors and the last four digits of their Employer Identification Numbers are East Orange General Hospital, Inc. (7166) and Essex Valley Healthcare, Inc. (7667). The Debtors' principal place of business is located at 300 Central Avenue, East Orange, NJ 07018.

30826/3
01/15/2016 41929321.1

    c)    Affidavit of Service [Docket No. 79; Filed 11/24/15]

    d)    Affidavit of Service [Docket No. 80; Filed 11/24/15]

    e)    Debtors' Supplemental Reply to Objections to Debtors' Motion for an Order Approving Bidding Procedures [Docket No. 116; Filed 12/8/15]

    f)    Order Approving (A) Bidding Procedures, (B) Form and Manner of Sale Notices, and (C) Sale Hearing Date [Docket No. 171; Entered 12/15/15]

    g)    Affidavit of Service of Notice of Sale of Certain Assets [Docket No. 208; Filed 12/22/15]

<u>Objection Deadline for Bid Procedures</u>:  November 30, 2015

<u>Deadline to Object to the Sale</u>:  January 6, 2016 at 4:00 p.m.

<u>Responses Received</u>:

    a)    Committee's Objection to Debtors' Motion for Order Approving Bidding Procedures, Bid Protections, and Form and Manner of Sale Notices [Docket No. 100; Filed 12/4/2015]

    b)    Objection of the Acting United States Trustee to Debtors' Motion for Orders (I) Approving (A) Bidding Procedures, (B) Form and Manner of Sale Notices, and (C) Sale Hearing Date and (II) Authorizing and Approving (A) Sale of Substantially all of The Debtors Assets Free and Clear of Liens, Claims, and Encumbrances and (B) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases [Docket No. 103, Filed 12/4/2015]

    c)    Limited Objection by GE HFS, LLC to Debtors' Motion for Orders (I) Approving (A) Bidding Procedures, (B) Form and Manner of Sale Notices, and (C) Sale Hearing Date and (II) Authorizing and Approving (A) Sale of Substantially all of The Debtors Assets Free and Clear of Liens, Claims, and Encumbrances and (B) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases [Docket No. 260; Filed 1/6/16]

    d)    Limited Objection of the United States Department of Health and Human Services to Debtors' Motion for Orders (I) Approving (A) Bidding Procedures, (B) Form and Manner of Sale Notices, and (C) Sale Hearing Date and (II) Authorizing and Approving (A) Sale of Substantially all of The Debtors Assets Free and Clear of Liens, Claims, and Encumbrances and (B) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases [Docket No. 282; Filed 1/11/16]

  e)  Committee's Reservation of Rights and Supplemental Objection to Sale Motion [Docket No. 299; Filed 1/15/16]

 Status:  This matter is going forward.

2. Notice of Possible Assumption and Assignment of Executory Contract or Unexpired Lease [Docket No. 231; Filed 12/29/15]

 Objection Deadline: January 6, 2016

 Responses Received:

  a)  Limited Objection and Reservation of Rights of the Laboratory Corporation of America Holdings to the Debtors' Notice of Possible Assumption and Assignment of Executory Contracts [Docket No. 248; Filed 1/5/16]

  b)  Limited Objection of Cardinal Health Pharmacy Services, LLC and Cardinal Health 200, LLC to Debtors' Proposed Assumption and Assignment of Certain Executory Contracts [Docket No. 253; Filed 1/5/16]

  c)  Limited Objection of Nurse Staffing LLC d/b/a Nurses 24/7 to Cure Amount and Possible Assumption and Assignment of Executory Contract or Unexpired Lease [Docket No. 255; Filed 1/5/16]

  d)  Objection of QualCare, Inc. to Notice of Possible Assumption and Assignment of Executory Contract and Unexpired Lease [Docket No. 257; Filed 1/6/16]

  e)  Objection of Center for Family Guidance, P.C. to Debtors' Notice of Possible Assumption and Assignment of Executory Contract or Unexpired Lease (Behavioral Health and Management Services Agreement) [Docket No. 259; Filed 1/6/16]

  f)  Horizon Blue Cross Blue Shield of New Jersey Limited Objection and Reservation of Rights Regarding Notice of Possible Assumption and Assignment of Contracts [Docket No. 261; Filed 1/6/16]

  g)  Access f/k/a Archive Systems, Inc. Objection and Reservation of Rights Regarding (1) Notice of Possible Assumption and Assignment of Contract and (2) Related Matters [Docket No. 262; Filed 1/5/16]

  h)  Limited Objection and Reservation of Rights Regarding Proposed Assumption and Assignment of Executory Contract with Aetna Health, Inc. [Docket No. 269; Filed 1/6/16]

    i)    Response and Reservation of Rights of Lee & Associates-New Jersey, L.L.C. and LRM, LLC Regarding (1) Notice of Possible Assumption and Assignment of Contract and (2) Related Matters [Docket No. 273; Filed 1/7/16]

    j)    Objection of CIT Communications Finance Corporation to Notice of Possible Assumption and Assignment of Executory Contract or Unexpired Lease [Docket No. 277; Filed 1/8/16]

    k)    Limited Objection of Wells Fargo Equipment Finance to Debtors' Proposed Assumption and Assignment of Certain Executory Contracts [Docket No. 284; Filed 1/11/16]

    l)    Limited Objection of Med One Capital Funding, LLC Relating to Debtors' Notice of Possible Assumption and Assignment of Executory Contract or Unexpired Lease [Docket No. 295; Filed 1/13/16]

    m)    Letter Objection of Rajendra R. Desai M.D., F.A.C.C. dated January 2, 2016 [Docket No. ____; Received by mail on January 5, 2016]

## II.   UNCONTESTED MATTERS

1. Debtors' Motion for Entry of an Order Extending the Period Within Which the Debtors May Remove Actions [Docket No. 227; filed 12/29/15]

Related Document(s):

    a)    Affidavit of Service [Docket No. 237; filed 12/30/15]

Objection Deadline:   January 13, 2016 at 4:00 p.m.

Response(s) Received:   None

Status:   This matter is going forward.

-5-

| | |
|---|---|
| Dated: January 15, 2016 | Respectfully submitted, |

**LOWENSTEIN SANDLER LLP**

/s/ *Kenneth A. Rosen*
Kenneth A. Rosen, Esq.
Bruce Buechler, Esq.
Gerald C. Bender, Esq.
Michael Savetsky, Esq.
Barry Z. Bazian, Esq.
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)
krosen@lowenstein.com
bbuechler@lowenstein.com
gbender@lowenstein.com
msavetsky@lowenstein.com
bbazian@lowenstein.com

*Counsel to the Debtors and Debtors-in-Possession*